| AO 10 Rev. 1/2018 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2017 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) SARIS, PATTI B. | 2. Court or Organization U.S.D.C. MASSACHUSETTS | 3. Date of Report 05/10/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) DISTRICT COURT JUDGE (ACTIVE) | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2017 to 12/31/2017 |

**7. Chambers or Office Address**

J. J. MOAKLEY U.S. COURTHOUSE
1 COURTHOUSE WAY, SUITE 8110
BOSTON, MA 02210

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. CO-TRUSTEE | TRUST #4 (See Part VIII) |
| 2. CO-TRUSTEE | TRUST #5 |
| 3. Director | Bottom Line Inc., Boston, MA |
| 4. Director | Codman Academy Foundation Inc, Dorchester, MA |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/10/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | PRESIDENT AND FELLOWS OF HARVARD COLLEGE, CAMBRIDGE, MA - salary |
| 2. 2017 | HARVARD BUSINESS PUBLISHING, MA - Royalties |
| 3. 2017 | HIGHVISTA STATEGIES LLC, MA - Advisory fee |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Hofstra Law School | October 23, 2017 | Long Island, NY | Panel on Sentancing | Travel, lodging, meals |
| 2. | New York University Law School | November 30, 2017 | New York, NY | Speaking at IP Institute Program | Travel, lodging, meals |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/10/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Venture Investors Fund, LP | | None | J | W | | | | | |
| 2. TA Conference LLC (y) | G | Distribution | | | | | | | See Part VIII |
| 3. Tucker Anthony Private Equity Fund III | | None | J | W | Redeemed (part) | 02/02/17 | K | | See Part VIII |
| 4. Trust # 5 (H) | | | | | | | | | |
| 5. - Baupost Value Partners LP I | G | Distribution | P1 | W | | | | | |
| 6. - Kensico Offshore Fd Ltd LP | | None | P1 | W | | | | | |
| 7. - Federated US Treas Cash money market (cash equiv) | C | Dividend | | | Buy (add'l) | 12/06/17 | P1 | | |
| 8. | | | | | Buy (add'l) | 12/20/17 | J | | |
| 9. | | | | | Buy (add'l) | 12/21/17 | L | | |
| 10. | | | | | Sold (part) | 01/25/17 | J | | |
| 11. | | | | | Sold (part) | 02/02/17 | J | | |
| 12. | | | | | Sold (part) | 02/09/17 | L | | |
| 13. | | | | | Sold (part) | 02/14/17 | K | | |
| 14. | | | | | Sold (part) | 03/02/17 | J | | |
| 15. | | | | | Sold (part) | 03/16/17 | J | | |
| 16. | | | | | Sold (part) | 04/19/17 | K | | |
| 17. | | | | | Sold (part) | 05/03/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/10/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 05/18/17 | O | | |
| 19. | | | | | Sold (part) | 06/15/17 | K | | |
| 20. | | | | | Sold (part) | 06/16/17 | K | | |
| 21. | | | | | Sold (part) | 08/09/17 | J | | |
| 22. | | | | | Sold (part) | 08/23/17 | K | | |
| 23. | | | | | Sold (part) | 09/13/17 | K | | |
| 24. | | | | | Sold (part) | 09/28/17 | J | | |
| 25. | | | | | Sold (part) | 10/04/17 | J | | |
| 26. | | | | | Sold (part) | 12/07/17 | N | | |
| 27. | | | | | Sold (part) | 12/15/17 | J | | |
| 28. | | | | | Sold | 12/29/17 | P1 | | |
| 29. - Independent Franchise Partners US Eq Fd (IFPUX) mutual fund | G | Dividend | P1 | T | Buy (add'l) | 12/20/17 | M | | |
| 30. - Frontier MFG Global Eq-Inst (FMGEX) mutual fund | F | Dividend | P1 | T | Buy (add'l) | 12/18/17 | K | | |
| 31. - Federated Treasury Obliga - IS (cash equiv) (x) | | None | P1 | T | Buy | 12/29/17 | P1 | | |
| 32. Trust # 10 (H) | | | | | | | | | |
| 33. - Travelers Life & Annuity Ins Co, universal life insurance | | None | N | W | | | | | |
| 34. Trust # 11 (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/10/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Sun LIfe Assurance, universal life insurance | | None | P1 | W | | | | | |
| 36. - Manufacturers Life Ins, universal life (John Hancock) | | None | P1 | W | | | | | |
| 37. - Federated USTreas Cash Rsv cash eq mutual fd | A | Dividend | | | Sold (part) | 07/18/17 | J | | |
| 38. | | | | | Sold | 12/29/17 | J | | |
| 39. - Vanguard Total Wrld Stock Idx Fd (VT) mutual fd | B | Dividend | L | T | Buy (add'l) | 07/18/17 | J | | |
| 40. - Federated Treasury Obliga - IS (cash equiv) (x) | | None | J | T | Buy | 12/29/17 | J | | |
| 41. Tucker Anthony Private Equity Fund IV | | None | J | W | Redeemed (part) | 02/02/17 | L | | See Part VIII |
| 42. IRA Rollover (H) | | | | | | | | | |
| 43. - Federated USTreas Cash Rsv cash eq mutual fd | A | Dividend | | | Buy (add'l) | 04/04/17 | J | | |
| 44. | | | | | Buy (add'l) | 07/05/17 | J | | |
| 45. | | | | | Buy (add'l) | 10/02/17 | J | | |
| 46. | | | | | Buy (add'l) | 12/22/17 | J | | |
| 47. | | | | | Sold (part) | 11/01/17 | K | | |
| 48. | | | | | Sold | 12/29/17 | K | | |
| 49. - Vanguard Total Wrld Stock Idx Fd (VT) mutual fd | E | Dividend | P1 | T | Buy (add'l) | 11/01/17 | K | | |
| 50. - Federated Treasury Obliga - IS (cash equiv) (x) | | None | K | T | Buy | 12/29/17 | K | | |
| 51. Battery Ventures VI L.P. | | None | J | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/10/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Park St Capl Natural Res Fd L.P. | F | Distribution | L | U | | | | | |
| 53. US Fidenza LLC | | None | K | U | | | | | |
| 54. Park St Capital V LP | F | Distribution | M | U | | | | | |
| 55. Friends of Lime Rock III LP | E | Distribution | K | W | | | | | |
| 56. Highfields Capital II LP | E | Distribution | L | W | | | | | |
| 57. Park St Natural Resource Fund II Combined (Private Equity) | G | Distribution | M | U | | | | | |
| 58. Park Street Capital VI (Private Equity Fd) | G | Distribution | N | U | | | | | |
| 59. Patron Capital LP II (private equity) | F | Distribution | N | W | | | | | |
| 60. Orion Eruopean Real Estate Fd II, C.V., LP | F | Distribution | K | U | | | | | |
| 61. US Dublin LLC | | None | N | W | | | | | |
| 62. Europa Fund II US LP | E | Distribution | M | W | | | | | |
| 63. Weston Presidio V LP | F | Distribution | K | W | | | | | |
| 64. Trust # 18 (H) | | | | | | | | | |
| 65. - Federated USTreas Cash Rsv cash eq mutual fd | A | Dividend | | | Buy (add'l) | 10/26/17 | K | | |
| 66. | | | | | Sold (part) | 04/12/17 | K | | |
| 67. | | | | | Sold | 12/29/17 | M | | |
| 68. - Int in MECM Investments LLC (privately held) | | None | P1 | W | | | | | See Part VIII |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | SARIS, PATTI B. | 05/10/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Federated Treasury Obliga - IS (cash equiv) (x) | | None | M | T | Buy | 12/29/17 | M | | |
| 70. Trust # 19 (H) | | | | | | | | | |
| 71. - Federated USTreas Cash Rsv cash eq mutual fd | A | Dividend | | | Buy (add'l) | 10/26/17 | K | | |
| 72. | | | | | Sold (part) | 04/12/17 | K | | |
| 73. | | | | | Sold | 12/29/17 | M | | |
| 74. - Int in MECM Investments LLC (privately held) | | None | P1 | W | | | | | See Part VIII |
| 75. - Federated Treasury Obliga - IS (cash equiv) (x) | | None | M | T | Buy | 12/29/17 | M | | |
| 76. Trust # 20 (H) | | | | | | | | | |
| 77. - Federated USTreas Cash Rsv cash eq mutual fd | A | Dividend | | | Buy (add'l) | 10/26/17 | K | | |
| 78. | | | | | Sold (part) | 04/12/17 | K | | |
| 79. | | | | | Sold | 12/29/17 | M | | |
| 80. - Int in MECM Investments LLC (privately held) | | None | P1 | W | | | | | See Part VIII |
| 81. - Federated Treasury Obliga - IS (cash equiv) (x) | | None | M | T | Buy | 12/29/17 | M | | |
| 82. Trust # 21 (H) | | | | | | | | | |
| 83. - Federated USTreas Cash Rsv cash eq mutual fd | A | Dividend | | | Buy (add'l) | 10/26/17 | K | | |
| 84. | | | | | Sold (part) | 04/12/17 | K | | |
| 85. | | | | | Sold (part) | 12/06/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold | 12/29/17 | M | | |
| 87. - Int in MECM Investments LLC (privately held) | | None | P1 | W | | | | | See Part VIII |
| 88. - Federated Treasury Obliga - IS (cash equiv) (x) | | None | M | T | Buy | 12/29/17 | M | | |
| 89. Wavemark Inc Ser A pfd stock (y) | D | Distribution | | | | | | | See Part VIII |
| 90. Centerbridge Cap Ptnrs LPs (Priv. Eq) | G | Distribution | | | Buy (add'l) | 06/26/17 | J | | |
| 91. | | | | | Distributed | 12/31/17 | N | | See Part VIII |
| 92. Lime Rock Partners IV LP (combined) (private equities) | F | Distribution | P1 | U | Buy (add'l) | 05/08/17 | J | | |
| 93. Park St Cap Priv Eq Fd VII A LP | F | Distribution | M | U | Buy (add'l) | 06/29/17 | J | | |
| 94. Park St Cap Natural Res Fd III LP combined (priv Eq) | G | Distribution | O | U | | | | | |
| 95. Polaris Vent Part Entrep Fd V LP | G | Distribution | O | U | | | | | |
| 96. Summit Ptrns Priv Eq Fd VII-A | G | Distribution | | | Distributed | 12/31/17 | N | | See Part VIII |
| 97. TA X LP (Priv Eq) | F | Distribution | K | U | | | | | |
| 98. Minneapolis, MN Municipal bds | D | Interest | M | T | | | | | |
| 99. University Idaho Municipal bds | D | Interest | M | T | | | | | |
| 100. Federated US Treas Cash Rsv cash eq mutual fd | E | Dividend | | | Buy (add'l) | 01/05/17 | M | | |
| 101. | | | | | Buy (add'l) | 01/06/17 | M | | |
| 102. | | | | | Buy (add'l) | 01/11/17 | P1 | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | N =$250,001 - $500,000 |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | P4 =More than $50,000,000 | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/10/2018 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 01/13/17 | J | | |
| 104. | | | | | Buy (add'l) | 01/18/17 | J | | |
| 105. | | | | | Buy (add'l) | 01/19/17 | K | | |
| 106. | | | | | Buy (add'l) | 01/20/17 | J | | |
| 107. | | | | | Buy (add'l) | 01/23/17 | K | | |
| 108. | | | | | Buy (add'l) | 01/27/17 | M | | |
| 109. | | | | | Buy (add'l) | 01/30/17 | J | | |
| 110. | | | | | Buy (add'l) | 01/31/17 | M | | |
| 111. | | | | | Buy (add'l) | 02/01/17 | K | | |
| 112. | | | | | Buy (add'l) | 02/02/17 | K | | |
| 113. | | | | | Buy (add'l) | 02/03/17 | M | | |
| 114. | | | | | Buy (add'l) | 02/07/17 | K | | |
| 115. | | | | | Buy (add'l) | 02/08/17 | J | | |
| 116. | | | | | Buy (add'l) | 02/10/17 | L | | |
| 117. | | | | | Buy (add'l) | 02/13/17 | J | | |
| 118. | | | | | Buy (add'l) | 02/14/17 | L | | |
| 119. | | | | | Buy (add'l) | 02/15/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/10/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 02/27/17 | N | | |
| 121. | | | | | Buy (add'l) | 03/01/17 | J | | |
| 122. | | | | | Buy (add'l) | 03/02/17 | K | | |
| 123. | | | | | Buy (add'l) | 03/08/17 | M | | |
| 124. | | | | | Buy (add'l) | 03/09/17 | K | | |
| 125. | | | | | Buy (add'l) | 03/10/17 | K | | |
| 126. | | | | | Buy (add'l) | 03/13/17 | L | | |
| 127. | | | | | Buy (add'l) | 03/20/17 | N | | |
| 128. | | | | | Buy (add'l) | 03/21/17 | K | | |
| 129. | | | | | Buy (add'l) | 03/22/17 | L | | |
| 130. | | | | | Buy (add'l) | 03/23/17 | K | | |
| 131. | | | | | Buy (add'l) | 03/29/17 | J | | |
| 132. | | | | | Buy (add'l) | 03/30/17 | K | | |
| 133. | | | | | Buy (add'l) | 03/31/17 | L | | |
| 134. | | | | | Buy (add'l) | 04/03/17 | K | | |
| 135. | | | | | Buy (add'l) | 04/04/17 | M | | |
| 136. | | | | | Buy (add'l) | 04/05/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/10/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 04/07/17 | L | | |
| 138. | | | | | Buy (add'l) | 04/12/17 | K | | |
| 139. | | | | | Buy (add'l) | 04/17/17 | K | | |
| 140. | | | | | Buy (add'l) | 04/26/17 | J | | |
| 141. | | | | | Buy (add'l) | 04/28/17 | L | | |
| 142. | | | | | Buy (add'l) | 05/01/17 | J | | |
| 143. | | | | | Buy (add'l) | 05/02/17 | J | | |
| 144. | | | | | Buy (add'l) | 05/08/17 | L | | |
| 145. | | | | | Buy (add'l) | 05/10/17 | K | | |
| 146. | | | | | Buy (add'l) | 05/11/17 | N | | |
| 147. | | | | | Buy (add'l) | 05/22/17 | O | | |
| 148. | | | | | Buy (add'l) | 05/25/17 | K | | |
| 149. | | | | | Buy (add'l) | 05/26/17 | K | | |
| 150. | | | | | Buy (add'l) | 05/31/17 | K | | |
| 151. | | | | | Buy (add'l) | 06/01/17 | K | | |
| 152. | | | | | Buy (add'l) | 06/02/17 | K | | |
| 153. | | | | | Buy (add'l) | 06/12/17 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy (add'l) | 06/19/17 | N | | |
| 155. | | | | | Buy (add'l) | 06/20/17 | N | | |
| 156. | | | | | Buy (add'l) | 06/21/17 | K | | |
| 157. | | | | | Buy (add'l) | 06/22/17 | K | | |
| 158. | | | | | Buy (add'l) | 06/23/17 | J | | |
| 159. | | | | | Buy (add'l) | 06/26/17 | P1 | | |
| 160. | | | | | Buy (add'l) | 06/29/17 | M | | |
| 161. | | | | | Buy (add'l) | 06/30/17 | M | | |
| 162. | | | | | Buy (add'l) | 07/05/17 | L | | |
| 163. | | | | | Buy (add'l) | 07/06/17 | K | | |
| 164. | | | | | Buy (add'l) | 07/07/17 | J | | |
| 165. | | | | | Buy (add'l) | 07/10/17 | L | | |
| 166. | | | | | Buy (add'l) | 07/11/17 | K | | |
| 167. | | | | | Buy (add'l) | 07/14/17 | K | | |
| 168. | | | | | Buy (add'l) | 07/17/17 | L | | |
| 169. | | | | | Buy (add'l) | 08/01/17 | J | | |
| 170. | | | | | Buy (add'l) | 08/02/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/10/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Buy (add'l) | 08/10/17 | N | | |
| 172. | | | | | Buy (add'l) | 08/16/17 | K | | |
| 173. | | | | | Buy (add'l) | 08/22/17 | L | | |
| 174. | | | | | Buy (add'l) | 09/01/17 | K | | |
| 175. | | | | | Buy (add'l) | 09/05/17 | J | | |
| 176. | | | | | Buy (add'l) | 09/06/17 | J | | |
| 177. | | | | | Buy (add'l) | 09/11/17 | M | | |
| 178. | | | | | Buy (add'l) | 09/13/17 | M | | |
| 179. | | | | | Buy (add'l) | 09/14/17 | N | | |
| 180. | | | | | Buy (add'l) | 09/20/17 | J | | |
| 181. | | | | | Buy (add'l) | 09/21/17 | K | | |
| 182. | | | | | Buy (add'l) | 09/25/17 | K | | |
| 183. | | | | | Buy (add'l) | 09/28/17 | M | | |
| 184. | | | | | Buy (add'l) | 09/29/17 | L | | |
| 185. | | | | | Buy (add'l) | 10/02/17 | M | | |
| 186. | | | | | Buy (add'l) | 10/03/17 | K | | |
| 187. | | | | | Buy (add'l) | 10/04/17 | P1 | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/10/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Buy (add'l) | 10/06/17 | K | | |
| 189. | | | | | Buy (add'l) | 10/10/17 | K | | |
| 190. | | | | | Buy (add'l) | 10/11/17 | M | | |
| 191. | | | | | Buy (add'l) | 10/13/17 | M | | |
| 192. | | | | | Buy (add'l) | 10/17/17 | K | | |
| 193. | | | | | Buy (add'l) | 10/18/17 | O | | |
| 194. | | | | | Buy (add'l) | 10/23/17 | K | | |
| 195. | | | | | Buy (add'l) | 10/24/17 | K | | |
| 196. | | | | | Buy (add'l) | 11/01/17 | M | | |
| 197. | | | | | Buy (add'l) | 11/02/17 | J | | |
| 198. | | | | | Buy (add'l) | 11/03/17 | M | | |
| 199. | | | | | Buy (add'l) | 11/06/17 | K | | |
| 200. | | | | | Buy (add'l) | 11/07/17 | J | | |
| 201. | | | | | Buy (add'l) | 11/08/17 | K | | |
| 202. | | | | | Buy (add'l) | 11/14/17 | M | | |
| 203. | | | | | Buy (add'l) | 11/17/17 | K | | |
| 204. | | | | | Buy (add'l) | 11/20/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/10/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Buy (add'l) | 11/29/17 | M | | |
| 206. | | | | | Buy (add'l) | 11/30/17 | K | | |
| 207. | | | | | Buy (add'l) | 12/01/17 | M | | |
| 208. | | | | | Buy (add'l) | 12/04/17 | J | | |
| 209. | | | | | Buy (add'l) | 12/08/17 | J | | |
| 210. | | | | | Buy (add'l) | 12/13/17 | K | | |
| 211. | | | | | Buy (add'l) | 12/15/17 | L | | |
| 212. | | | | | Buy (add'l) | 12/19/17 | K | | |
| 213. | | | | | Buy (add'l) | 12/20/17 | N | | |
| 214. | | | | | Buy (add'l) | 12/22/17 | M | | |
| 215. | | | | | Buy (add'l) | 12/27/17 | N | | |
| 216. | | | | | Buy (add'l) | 12/28/17 | K | | |
| 217. | | | | | Buy (add'l) | 12/29/17 | M | | |
| 218. | | | | | Sold (part) | 01/03/17 | K | | |
| 219. | | | | | Sold (part) | 01/04/17 | J | | |
| 220. | | | | | Sold (part) | 01/09/17 | J | | |
| 221. | | | | | Sold (part) | 01/10/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/10/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 222. | | | | | Sold (part) | 01/11/17 | L | | |
| 223. | | | | | Sold (part) | 01/12/17 | K | | |
| 224. | | | | | Sold (part) | 01/23/17 | M | | |
| 225. | | | | | Sold (part) | 01/24/17 | J | | |
| 226. | | | | | Sold (part) | 01/27/17 | K | | |
| 227. | | | | | Sold (part) | 02/01/17 | K | | |
| 228. | | | | | Sold (part) | 02/06/17 | L | | |
| 229. | | | | | Sold (part) | 02/09/17 | J | | |
| 230. | | | | | Sold (part) | 02/14/17 | K | | |
| 231. | | | | | Sold (part) | 02/16/17 | J | | |
| 232. | | | | | Sold (part) | 02/17/17 | K | | |
| 233. | | | | | Sold (part) | 02/21/17 | L | | |
| 234. | | | | | Sold (part) | 02/22/17 | J | | |
| 235. | | | | | Sold (part) | 02/23/17 | O | | |
| 236. | | | | | Sold (part) | 02/24/17 | M | | |
| 237. | | | | | Sold (part) | 02/28/17 | K | | |
| 238. | | | | | Sold (part) | 03/01/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/10/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Sold (part) | 03/02/17 | J | | |
| 240. | | | | | Sold (part) | 03/03/17 | J | | |
| 241. | | | | | Sold (part) | 03/06/17 | J | | |
| 242. | | | | | Sold (part) | 03/08/17 | J | | |
| 243. | | | | | Sold (part) | 03/09/17 | J | | |
| 244. | | | | | Sold (part) | 03/10/17 | K | | |
| 245. | | | | | Sold (part) | 03/14/17 | J | | |
| 246. | | | | | Sold (part) | 03/15/17 | M | | |
| 247. | | | | | Sold (part) | 03/16/17 | J | | |
| 248. | | | | | Sold (part) | 03/17/17 | K | | |
| 249. | | | | | Sold (part) | 03/20/17 | L | | |
| 250. | | | | | Sold (part) | 03/27/17 | L | | |
| 251. | | | | | Sold (part) | 03/28/17 | M | | |
| 252. | | | | | Sold (part) | 04/03/17 | K | | |
| 253. | | | | | Sold (part) | 04/07/17 | J | | |
| 254. | | | | | Sold (part) | 04/10/17 | L | | |
| 255. | | | | | Sold (part) | 04/13/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/10/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 256. | | | | | Sold (part) | 04/17/17 | J | | |
| 257. | | | | | Sold (part) | 04/18/17 | O | | |
| 258. | | | | | Sold (part) | 04/19/17 | J | | |
| 259. | | | | | Sold (part) | 04/20/17 | L | | |
| 260. | | | | | Sold (part) | 04/21/17 | J | | |
| 261. | | | | | Sold (part) | 04/24/17 | J | | |
| 262. | | | | | Sold (part) | 04/26/17 | J | | |
| 263. | | | | | Sold (part) | 04/27/17 | J | | |
| 264. | | | | | Sold (part) | 05/01/17 | K | | |
| 265. | | | | | Sold (part) | 05/02/17 | J | | |
| 266. | | | | | Sold (part) | 05/03/17 | K | | |
| 267. | | | | | Sold (part) | 05/05/17 | K | | |
| 268. | | | | | Sold (part) | 05/09/17 | K | | |
| 269. | | | | | Sold (part) | 05/12/17 | L | | |
| 270. | | | | | Sold (part) | 05/15/17 | J | | |
| 271. | | | | | Sold (part) | 05/16/17 | J | | |
| 272. | | | | | Sold (part) | 05/17/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/10/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. | | | | | Sold (part) | 05/18/17 | M | | |
| 274. | | | | | Sold (part) | 05/19/17 | J | | |
| 275. | | | | | Sold (part) | 05/22/17 | J | | |
| 276. | | | | | Sold (part) | 05/23/17 | K | | |
| 277. | | | | | Sold (part) | 05/25/17 | J | | |
| 278. | | | | | Sold (part) | 05/30/17 | J | | |
| 279. | | | | | Sold (part) | 06/01/17 | K | | |
| 280. | | | | | Sold (part) | 06/02/17 | K | | |
| 281. | | | | | Sold (part) | 06/05/17 | J | | |
| 282. | | | | | Sold (part) | 06/06/17 | K | | |
| 283. | | | | | Sold (part) | 06/07/17 | L | | |
| 284. | | | | | Sold (part) | 06/09/17 | L | | |
| 285. | | | | | Sold (part) | 06/13/17 | L | | |
| 286. | | | | | Sold (part) | 06/15/17 | L | | |
| 287. | | | | | Sold (part) | 06/16/17 | K | | |
| 288. | | | | | Sold (part) | 06/19/17 | J | | |
| 289. | | | | | Sold (part) | 06/20/17 | N | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,000 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/10/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. | | | | | Sold (part) | 06/22/17 | K | | |
| 291. | | | | | Sold (part) | 06/27/17 | P1 | | |
| 292. | | | | | Sold (part) | 06/28/17 | L | | |
| 293. | | | | | Sold (part) | 07/03/17 | K | | |
| 294. | | | | | Sold (part) | 07/07/17 | K | | |
| 295. | | | | | Sold (part) | 07/10/17 | L | | |
| 296. | | | | | Sold (part) | 07/12/17 | J | | |
| 297. | | | | | Sold (part) | 07/13/17 | L | | |
| 298. | | | | | Sold (part) | 07/18/17 | J | | |
| 299. | | | | | Sold (part) | 07/19/17 | L | | |
| 300. | | | | | Sold (part) | 07/20/17 | M | | |
| 301. | | | | | Sold (part) | 07/24/17 | J | | |
| 302. | | | | | Sold (part) | 07/26/17 | M | | |
| 303. | | | | | Sold (part) | 07/27/17 | J | | |
| 304. | | | | | Sold (part) | 07/31/17 | K | | |
| 305. | | | | | Sold (part) | 08/01/17 | K | | |
| 306. | | | | | Sold (part) | 08/02/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/10/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. | | | | | Sold (part) | 08/03/17 | J | | |
| 308. | | | | | Sold (part) | 08/07/17 | J | | |
| 309. | | | | | Sold (part) | 08/08/17 | J | | |
| 310. | | | | | Sold (part) | 08/09/17 | M | | |
| 311. | | | | | Sold (part) | 08/11/17 | J | | |
| 312. | | | | | Sold (part) | 08/14/17 | K | | |
| 313. | | | | | Sold (part) | 08/17/17 | L | | |
| 314. | | | | | Sold (part) | 08/21/17 | K | | |
| 315. | | | | | Sold (part) | 08/23/17 | K | | |
| 316. | | | | | Sold (part) | 08/24/17 | K | | |
| 317. | | | | | Sold (part) | 08/29/17 | L | | |
| 318. | | | | | Sold (part) | 08/30/17 | L | | |
| 319. | | | | | Sold (part) | 09/01/17 | M | | |
| 320. | | | | | Sold (part) | 09/05/17 | P1 | | |
| 321. | | | | | Sold (part) | 09/06/17 | J | | |
| 322. | | | | | Sold (part) | 09/07/17 | J | | |
| 323. | | | | | Sold (part) | 09/08/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/10/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. | | | | | Sold (part) | 09/12/17 | J | | |
| 325. | | | | | Sold (part) | 09/14/17 | N | | |
| 326. | | | | | Sold (part) | 09/15/17 | J | | |
| 327. | | | | | Sold (part) | 09/18/17 | J | | |
| 328. | | | | | Sold (part) | 09/19/17 | M | | |
| 329. | | | | | Sold (part) | 09/20/17 | J | | |
| 330. | | | | | Sold (part) | 09/22/17 | O | | |
| 331. | | | | | Sold (part) | 09/26/17 | J | | |
| 332. | | | | | Sold (part) | 09/27/17 | M | | |
| 333. | | | | | Sold (part) | 10/03/17 | N | | |
| 334. | | | | | Sold (part) | 10/11/17 | L | | |
| 335. | | | | | Sold (part) | 10/12/17 | J | | |
| 336. | | | | | Sold (part) | 10/16/17 | J | | |
| 337. | | | | | Sold (part) | 10/17/17 | J | | |
| 338. | | | | | Sold (part) | 10/20/17 | L | | |
| 339. | | | | | Sold (part) | 10/23/17 | M | | |
| 340. | | | | | Sold (part) | 10/25/17 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/10/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 341. | | | | | Sold (part) | 10/27/17 | J | | |
| 342. | | | | | Sold (part) | 10/30/17 | J | | |
| 343. | | | | | Sold (part) | 10/31/17 | J | | |
| 344. | | | | | Sold (part) | 11/01/17 | M | | |
| 345. | | | | | Sold (part) | 11/02/17 | K | | |
| 346. | | | | | Sold (part) | 11/09/17 | J | | |
| 347. | | | | | Sold (part) | 11/13/17 | J | | |
| 348. | | | | | Sold (part) | 11/15/17 | L | | |
| 349. | | | | | Sold (part) | 11/16/17 | J | | |
| 350. | | | | | Sold (part) | 11/20/17 | J | | |
| 351. | | | | | Sold (part) | 11/21/17 | N | | |
| 352. | | | | | Sold (part) | 11/22/17 | L | | |
| 353. | | | | | Sold (part) | 11/27/17 | J | | |
| 354. | | | | | Sold (part) | 11/28/17 | J | | |
| 355. | | | | | Sold (part) | 12/01/17 | K | | |
| 356. | | | | | Sold (part) | 12/06/17 | P1 | | |
| 357. | | | | | Sold (part) | 12/07/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 358. | | | | | Sold (part) | 12/11/17 | M | | |
| 359. | | | | | Sold (part) | 12/12/17 | K | | |
| 360. | | | | | Sold (part) | 12/14/17 | J | | |
| 361. | | | | | Sold (part) | 12/18/17 | J | | |
| 362. | | | | | Sold (part) | 12/19/17 | M | | |
| 363. | | | | | Sold (part) | 12/21/17 | K | | |
| 364. | | | | | Sold (part) | 12/26/17 | J | | |
| 365. | | | | | Sold (part) | 12/27/17 | J | | |
| 366. | | | | | Sold | 12/29/17 | P2 | | |
| 367. Local Motors Series A pfd stock | | None | J | W | | | | | |
| 368. Hephaestion II LP priv eq | G | Distribution | O | U | Buy (add'l) | 06/28/17 | K | | |
| 369. | | | | | Buy (add'l) | 10/06/17 | J | | |
| 370. Hephaestion Retail LP priv eq | F | Distribution | M | W | | | | | |
| 371. PSC Luxembourg Hldgs LLC | | None | J | U | | | | | |
| 372. Trust # 22 (H) | | | | | | | | | |
| 373. - Int in MECM Assoc II LLC privately held | C | Distribution | P1 | W | Distributed (part) | 07/07/17 | O | | See Part VIII |
| 374. - Hephaestion LP | F | Distribution | O | W | Buy (add'l) | 06/28/17 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 375. | | | | | Sold (part) | 06/28/17 | L | | |
| 376. - Hephaestion Co-invest I LP | | None | N | W | Buy (add'l) | 01/09/17 | J | | |
| 377. | | | | | Buy (add'l) | 03/30/17 | J | | |
| 378. | | | | | Buy (add'l) | 06/28/17 | J | | |
| 379. | | | | | Buy (add'l) | 09/29/17 | J | | |
| 380. - Porus Invt Hldg Co Ltd LP | | None | K | U | | | | | |
| 381. - Xander Master Fund LLC | C | Distribution | L | U | | | | | |
| 382. - Federated US Treas Cash Rsv cash equiv mutual fd | A | Dividend | | | Buy (add'l) | 01/26/17 | L | | |
| 383. | | | | | Buy (add'l) | 04/04/17 | L | | |
| 384. | | | | | Buy (add'l) | 06/23/17 | J | | |
| 385. | | | | | Buy (add'l) | 06/29/17 | K | | |
| 386. | | | | | Buy (add'l) | 08/01/17 | J | | |
| 387. | | | | | Buy (add'l) | 11/17/17 | L | | |
| 388. | | | | | Sold (part) | 01/09/17 | J | | |
| 389. | | | | | Sold (part) | 03/30/17 | J | | |
| 390. | | | | | Sold (part) | 06/19/17 | N | | |
| 391. | | | | | Sold (part) | 06/28/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. | | | | | Sold (part) | 09/29/17 | J | | |
| 393. | | | | | Sold | 12/29/17 | L | | |
| 394. - Ptolemy Finance LLC (private eq) | G | Distribution | P2 | W | | | | | |
| 395. - Federated Treasury Obliga - IS (cash equiv) (x) | | None | L | T | Buy | 12/29/17 | L | | |
| 396. Trust # 23 (H) | | | | | | | | | |
| 397. - Federated US Treas Cash Rsv cash equiv mutual fund | B | Dividend | | | Buy (add'l) | 10/26/17 | J | | |
| 398. | | | | | Sold (part) | 04/12/17 | K | | |
| 399. | | | | | Sold (part) | 12/06/17 | K | | |
| 400. | | | | | Sold | 12/29/17 | M | | |
| 401. - Int in MECM Investments LLC (privately held) | | None | P1 | W | | | | | See Part VIII |
| 402. - Federated Treasury Obliga - IS (cash equiv) (x) | | None | M | T | Buy | 12/29/17 | M | | |
| 403. Trust # 24 (H) | | | | | | | | | |
| 404. - Federated US Treas Cash Rsv mutual fund | B | Dividend | | | Buy (add'l) | 10/26/17 | J | | |
| 405. | | | | | Sold (part) | 04/12/17 | K | | |
| 406. | | | | | Sold | 12/29/17 | N | | |
| 407. - Int in MECM Investments LLC (privately held) | | None | P1 | W | | | | | See Part VIII |
| 408. - Federated Treasury Obliga - IS (cash equiv) (x) | | None | N | T | Buy | 12/29/17 | N | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/10/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. Trust # 25 (H) | | | | | | | | | |
| 410. - Federated US Treas Cash Rsv mutual fund | B | Dividend | | | Buy (add'l) | 10/26/17 | J | | |
| 411. | | | | | Sold (part) | 04/12/17 | K | | |
| 412. | | | | | Sold | 12/29/17 | N | | |
| 413. - Int in MECM Investments LLC (privately held) | | None | P1 | W | | | | | See Part VIII |
| 414. - Federated Treasury Obliga - IS (cash equiv) (x) | | None | N | T | Buy | 12/29/17 | N | | |
| 415. Trust # 26 (H) | | | | | | | | | |
| 416. - Federated US Treas Cash Rsv cash equiv mutual fund | B | Dividend | | | Buy (add'l) | 10/26/17 | J | | |
| 417. | | | | | Sold (part) | 04/12/17 | K | | |
| 418. | | | | | Sold | 12/29/17 | N | | |
| 419. - Int in MECM Investments LLC (privately held) | | None | P1 | W | | | | | See Part VIII |
| 420. - Federated Treasury Obliga - IS (cash equiv) (x) | | None | N | T | Buy | 12/29/17 | N | | |
| 421. Liveprocess Crop Ser A pfd stock | | None | J | T | | | | | |
| 422. Wavemark Inc Ser B pfd stock (y) | D | Distribution | | | | | | | See Part VIII |
| 423. Meridia Capital LP | B | Distribution | J | U | | | | | |
| 424. Meta4 Group Ltd LP | | None | J | U | | | | | |
| 425. Elliott Associates, LP | H1 | Distribution | P2 | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/10/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 426. Hony Capital Fund 2008, LP | G | Distribution | | | Buy (add'l) | 03/30/17 | J | | |
| 427. | | | | | Buy (add'l) | 06/29/17 | J | | |
| 428. | | | | | Buy (add'l) | 09/27/17 | J | | |
| 429. | | | | | Distributed | 12/31/17 | P1 | | See Part VIII |
| 430. Lime Rock Partners V, LP combined | | None | O | U | Buy (add'l) | 02/24/17 | J | | |
| 431. | | | | | Buy (add'l) | 03/24/17 | J | | |
| 432. | | | | | Buy (add'l) | 04/27/17 | J | | |
| 433. | | | | | Buy (add'l) | 08/02/17 | J | | |
| 434. | | | | | Buy (add'l) | 09/22/17 | J | | |
| 435. | | | | | Buy (add'l) | 12/22/17 | J | | |
| 436. Lone Star Fund VI (US), LP | E | Distribution | | | Distributed | 12/31/17 | N | | See Part VIII |
| 437. Lone Star Europe Holdings (US), LP | | None | | | Distributed | 12/31/17 | N | | See Part VIII |
| 438. Lone Star Real Estate Fund (US), LP | | None | | | Distributed | 12/31/17 | M | | See Part VIII |
| 439. Middle East North Africa Opportunities Fd, LP | | None | J | W | | | | | |
| 440. MECM Associates LLC (privately held) (H) | | | | | | | | | |
| 441. - Abrams Capital Partners II LP | | None | P2 | W | | | | | |
| 442. - Baupost Value Partners LP II | G | Distribution | P2 | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 30 of 72

Name of Person Reporting

SARIS, PATTI B.

Date of Report

05/10/2018

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. - Brookside Cap Partners Fd LP | E | Distribution | | | Distributed | 12/31/17 | M | | See Part VIII |
| 444. - Kensico Associates LP | H1 | Distribution | P2 | U | | | | | |
| 445. - Federated US Treas Cash Rsv cash eq mutual fd | E | Dividend | | | Buy (add'l) | 01/04/17 | P1 | | |
| 446. | | | | | Buy (add'l) | 01/25/17 | J | | |
| 447. | | | | | Buy (add'l) | 02/02/17 | J | | |
| 448. | | | | | Buy (add'l) | 03/02/17 | J | | |
| 449. | | | | | Buy (add'l) | 04/03/17 | L | | |
| 450. | | | | | Buy (add'l) | 04/04/17 | J | | |
| 451. | | | | | Buy (add'l) | 04/12/17 | J | | |
| 452. | | | | | Buy (add'l) | 05/02/17 | J | | |
| 453. | | | | | Buy (add'l) | 05/23/17 | N | | |
| 454. | | | | | Buy (add'l) | 06/02/17 | J | | |
| 455. | | | | | Buy (add'l) | 07/05/17 | J | | |
| 456. | | | | | Buy (add'l) | 07/26/17 | J | | |
| 457. | | | | | Buy (add'l) | 08/02/17 | J | | |
| 458. | | | | | Buy (add'l) | 09/05/17 | J | | |
| 459. | | | | | Buy (add'l) | 10/03/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/10/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. | | | | | Buy (add'l) | 10/24/17 | J | | |
| 461. | | | | | Buy (add'l) | 11/02/17 | J | | |
| 462. | | | | | Buy (add'l) | 11/20/17 | N | | |
| 463. | | | | | Buy (add'l) | 12/04/17 | J | | |
| 464. | | | | | Sold (part) | 02/10/17 | M | | |
| 465. | | | | | Sold (part) | 03/24/17 | N | | |
| 466. | | | | | Sold (part) | 08/11/17 | M | | |
| 467. | | | | | Sold (part) | 09/22/17 | N | | |
| 468. | | | | | Sold (part) | 10/30/17 | N | | |
| 469. | | | | | Sold (part) | 11/20/17 | O | | |
| 470. | | | | | Sold | 12/29/17 | P2 | | |
| 471. - PAR Investment Partners LP (private equity) | H1 | Distribution | P2 | W | Redeemed (part) | 01/04/17 | P1 | G | |
| 472. - Marathon UCITS Funds - International Equity F(private equity) | E | Distribution | | | Distributed | 12/31/17 | P1 | | See Part VIII |
| 473. - Kabouter International Opportunities Fd II LLC (private equity) | | None | P1 | U | | | | | |
| 474. - Advent International GPE VIII-B LP (private equity) | | None | O | W | Buy (add'l) | 02/10/17 | M | | See Part VIII |
| 475. | | | | | Buy (add'l) | 03/24/17 | N | | |
| 476. | | | | | Buy (add'l) | 08/11/17 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/10/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. | | | | | Buy (add'l) | 09/22/17 | N | | |
| 478.  - SPDR Gold Trust (GLD) ETF | | None | | | Sold | 05/18/17 | N | | See Part VIII |
| 479.  - Federated Treasury Obliga - IS (cash equiv) (x) | | None | P2 | T | Buy | 12/29/17 | P2 | | |
| 480.  Berkeley Cty SC Municipal bd | D | Interest | M | T | | | | | |
| 481.  Hawaii St Municipal Bds | D | Interest | M | T | | | | | |
| 482.  Chatham Cty GA Municipal Bds | D | Interest | M | T | | | | | |
| 483.  MA St College Bds Municipal Bds | D | Interest | M | T | | | | | |
| 484.  Trust # 27 (H) | | | | | | | | | |
| 485.  - Int in MECM Investments LLC (privately held) | | None | N | W | | | | | See Part VIII |
| 486.  - Federated US Treas Cash Rsv cash equiv (mutual fd) | A | Dividend | | | Buy (add'l) | 02/06/17 | K | | |
| 487. | | | | | Buy (add'l) | 05/01/17 | N | | |
| 488. | | | | | Buy (add'l) | 12/06/17 | K | | |
| 489. | | | | | Sold (part) | 01/03/17 | J | | |
| 490. | | | | | Sold (part) | 01/10/17 | J | | |
| 491. | | | | | Sold (part) | 02/01/17 | J | | |
| 492. | | | | | Sold (part) | 03/01/17 | J | | |
| 493. | | | | | Sold (part) | 03/03/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 33 of 72

Name of Person Reporting

SARIS, PATTI B.

Date of Report

05/10/2018

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 494. | | | | | Sold (part) | 04/03/17 | J | | |
| 495. | | | | | Sold (part) | 04/07/17 | J | | |
| 496. | | | | | Sold (part) | 04/11/17 | J | | |
| 497. | | | | | Sold (part) | 05/16/17 | K | | |
| 498. | | | | | Sold (part) | 06/01/17 | J | | |
| 499. | | | | | Sold (part) | 06/30/17 | K | | |
| 500. | | | | | Sold (part) | 07/03/17 | J | | |
| 501. | | | | | Sold (part) | 07/10/17 | J | | |
| 502. | | | | | Sold (part) | 07/14/17 | J | | |
| 503. | | | | | Sold (part) | 08/01/17 | J | | |
| 504. | | | | | Sold (part) | 08/25/17 | L | | |
| 505. | | | | | Sold (part) | 09/01/17 | J | | |
| 506. | | | | | Sold (part) | 10/02/17 | J | | |
| 507. | | | | | Sold (part) | 10/06/17 | J | | |
| 508. | | | | | Sold (part) | 10/13/17 | L | | |
| 509. | | | | | Sold (part) | 11/01/17 | J | | |
| 510. | | | | | Sold (part) | 12/01/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 34 of 72

Name of Person Reporting

SARIS, PATTI B.

Date of Report

05/10/2018

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. | | | | | Sold | 12/29/17 | M | | |
| 512. - Vanguard Dvd Apprec Ind-adm (VDADX) | A | Dividend | | | Sold (part) | 02/03/17 | K | E | |
| 513. | | | | | Sold | 04/28/17 | M | F | |
| 514. - Vanguard Emerg Mkts Stock Indx-adm (VEMAX) mutual fd | A | Dividend | | | Sold | 04/28/17 | M | | See Part VIII |
| 515. - Federated Treasury Obliga - IS (cash equiv) (x) | | None | M | T | Buy | 12/29/17 | M | | |
| 516. Trust # 28 (H) | | | | | | | | | |
| 517. - Int in MECM Investments LLC (privately held) | | None | N | W | | | | | See Part VIII |
| 518. - Federated US Treas Cash Rsv money mrkt (mutual fd) | B | Dividend | | | Buy (add'l) | 03/10/17 | J | | |
| 519. | | | | | Buy (add'l) | 03/30/17 | J | | |
| 520. | | | | | Buy (add'l) | 06/22/17 | J | | |
| 521. | | | | | Buy (add'l) | 09/21/17 | J | | |
| 522. | | | | | Buy (add'l) | 12/22/17 | J | | |
| 523. | | | | | Sold (part) | 01/10/17 | K | | |
| 524. | | | | | Sold (part) | 02/16/17 | J | | |
| 525. | | | | | Sold | 12/29/17 | M | | |
| 526. - Vanguard Dvd Apprec Ind-adm (VDADX) | C | Dividend | N | T | | | | | |
| 527. - Vanguard Emerg Mkts Stock Indx-adm (VEMAX) mutual fd | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 35 of 72

Name of Person Reporting

SARIS, PATTI B.

Date of Report

05/10/2018

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528. - Federated Treasury Obliga - IS (cash equiv) (x) | | None | M | T | Buy | 12/29/17 | M | | |
| 529. CX Partners Fd Limited (private eq) | G | Distribution | O | W | Buy (add'l) | 04/11/17 | J | | |
| 530. | | | | | Buy (add'l) | 08/22/17 | J | | |
| 531. Hephaestion III LP | G | Distribution | N | U | Buy (add'l) | 01/13/17 | J | | |
| 532. | | | | | Buy (add'l) | 03/29/17 | J | | |
| 533. | | | | | Buy (add'l) | 06/27/17 | J | | |
| 534. | | | | | Buy (add'l) | 10/04/17 | J | | |
| 535. Orion European Real Estate Fd III CV (priv eq) | G | Distribution | M | W | Buy (add'l) | 01/10/17 | L | | |
| 536. | | | | | Buy (add'l) | 06/05/17 | K | | |
| 537. | | | | | Buy (add'l) | 08/16/17 | L | | |
| 538. RBC (Royal Bank of Canada), bank accounts | D | Interest | P1 | T | | | | | |
| 539. Gold boullion | | None | P2 | T | | | | | |
| 540. MECM Investments LLC (H) | | | | | | | | | |
| 541. - Berkeley Cty SC Municipal Bds | D | Interest | M | T | | | | | |
| 542. - Maine St Municipal Bds | C | Interest | | | Matured | 05/15/17 | M | | See Part VIII |
| 543. - Int in MECM Associates II LLC (privately held) | B | Distribution | P1 | W | | | | | See Part VIII |
| 544. - Chatham Cty GA Municipal Bds | D | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 36 of 72

Name of Person Reporting

SARIS, PATTI B.

Date of Report

05/10/2018

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545. - Gold Bullion | | None | P1 | T | | | | | |
| 546. - Federated US Treas Cash Rsv cash equiv (mutual fd) | C | Dividend | | | Buy (add'l) | 01/20/17 | J | | |
| 547. | | | | | Buy (add'l) | 01/23/17 | J | | |
| 548. | | | | | Buy (add'l) | 01/31/17 | J | | |
| 549. | | | | | Buy (add'l) | 02/01/17 | J | | |
| 550. | | | | | Buy (add'l) | 02/13/17 | K | | |
| 551. | | | | | Buy (add'l) | 02/14/17 | K | | |
| 552. | | | | | Buy (add'l) | 02/15/17 | J | | |
| 553. | | | | | Buy (add'l) | 02/21/17 | J | | |
| 554. | | | | | Buy (add'l) | 02/28/17 | J | | |
| 555. | | | | | Buy (add'l) | 03/02/17 | J | | |
| 556. | | | | | Buy (add'l) | 03/14/17 | K | | |
| 557. | | | | | Buy (add'l) | 03/20/17 | K | | |
| 558. | | | | | Buy (add'l) | 03/27/17 | K | | |
| 559. | | | | | Buy (add'l) | 03/28/17 | K | | |
| 560. | | | | | Buy (add'l) | 04/10/17 | K | | |
| 561. | | | | | Buy (add'l) | 04/26/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 37 of 72

Name of Person Reporting

SARIS, PATTI B.

Date of Report

05/10/2018

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE (*No reportable income, assets, or transactions.*)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 562. | | | | | Buy (add'l) | 05/08/17 | J | | |
| 563. | | | | | Buy (add'l) | 05/10/17 | K | | |
| 564. | | | | | Buy (add'l) | 05/12/17 | J | | |
| 565. | | | | | Buy (add'l) | 05/15/17 | K | | |
| 566. | | | | | Buy (add'l) | 05/16/17 | J | | |
| 567. | | | | | Buy (add'l) | 05/17/17 | J | | |
| 568. | | | | | Buy (add'l) | 05/19/17 | K | | |
| 569. | | | | | Buy (add'l) | 05/22/17 | J | | |
| 570. | | | | | Buy (add'l) | 06/19/17 | K | | |
| 571. | | | | | Buy (add'l) | 06/23/17 | J | | |
| 572. | | | | | Buy (add'l) | 06/27/17 | P1 | | |
| 573. | | | | | Buy (add'l) | 07/07/17 | J | | |
| 574. | | | | | Buy (add'l) | 07/10/17 | K | | |
| 575. | | | | | Buy (add'l) | 07/11/17 | J | | |
| 576. | | | | | Buy (add'l) | 07/24/17 | K | | |
| 577. | | | | | Buy (add'l) | 08/07/17 | J | | |
| 578. | | | | | Buy (add'l) | 08/11/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | SARIS, PATTI B. | 05/10/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 579. | | | | | Buy (add'l) | 08/14/17 | K | | |
| 580. | | | | | Buy (add'l) | 08/15/17 | J | | |
| 581. | | | | | Buy (add'l) | 08/16/17 | J | | |
| 582. | | | | | Buy (add'l) | 08/21/17 | J | | |
| 583. | | | | | Buy (add'l) | 08/29/17 | J | | |
| 584. | | | | | Buy (add'l) | 09/11/17 | J | | |
| 585. | | | | | Buy (add'l) | 09/27/17 | J | | |
| 586. | | | | | Buy (add'l) | 09/29/17 | K | | |
| 587. | | | | | Buy (add'l) | 10/03/17 | J | | |
| 588. | | | | | Buy (add'l) | 10/04/17 | O | | |
| 589. | | | | | Buy (add'l) | 10/16/17 | J | | |
| 590. | | | | | Buy (add'l) | 11/01/17 | K | | |
| 591. | | | | | Buy (add'l) | 11/03/17 | J | | |
| 592. | | | | | Buy (add'l) | 11/07/17 | J | | |
| 593. | | | | | Buy (add'l) | 11/10/17 | J | | |
| 594. | | | | | Buy (add'l) | 11/13/17 | J | | |
| 595. | | | | | Buy (add'l) | 11/14/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 596. | | | | | Buy (add'l) | 11/15/17 | J | | |
| 597. | | | | | Buy (add'l) | 11/16/17 | J | | |
| 598. | | | | | Buy (add'l) | 11/20/17 | J | | |
| 599. | | | | | Buy (add'l) | 11/28/17 | K | | |
| 600. | | | | | Buy (add'l) | 11/29/17 | J | | |
| 601. | | | | | Buy (add'l) | 12/04/17 | K | | |
| 602. | | | | | Buy (add'l) | 12/19/17 | J | | |
| 603. | | | | | Buy (add'l) | 12/20/17 | K | | |
| 604. | | | | | Buy (add'l) | 12/27/17 | K | | |
| 605. | | | | | Sold (part) | 01/03/17 | K | | |
| 606. | | | | | Sold (part) | 01/20/17 | K | | |
| 607. | | | | | Sold (part) | 01/26/17 | J | | |
| 608. | | | | | Sold (part) | 02/01/17 | J | | |
| 609. | | | | | Sold (part) | 02/07/17 | K | | |
| 610. | | | | | Sold (part) | 02/08/17 | K | | |
| 611. | | | | | Sold (part) | 02/10/17 | J | | |
| 612. | | | | | Sold (part) | 03/01/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 613. | | | | | Sold (part) | 03/08/17 | K | | |
| 614. | | | | | Sold (part) | 03/20/17 | J | | |
| 615. | | | | | Sold (part) | 03/30/17 | J | | |
| 616. | | | | | Sold (part) | 04/03/17 | J | | |
| 617. | | | | | Sold (part) | 04/18/17 | K | | |
| 618. | | | | | Sold (part) | 04/20/17 | K | | |
| 619. | | | | | Sold (part) | 05/01/17 | J | | |
| 620. | | | | | Sold (part) | 05/02/17 | K | | |
| 621. | | | | | Sold (part) | 05/09/17 | K | | |
| 622. | | | | | Sold (part) | 05/26/17 | J | | |
| 623. | | | | | Sold (part) | 05/31/17 | K | | |
| 624. | | | | | Sold (part) | 06/01/17 | J | | |
| 625. | | | | | Sold (part) | 06/07/17 | K | | |
| 626. | | | | | Sold (part) | 06/21/17 | K | | |
| 627. | | | | | Sold (part) | 06/28/17 | P1 | | |
| 628. | | | | | Sold (part) | 07/03/17 | J | | |
| 629. | | | | | Sold (part) | 07/07/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 630. | | | | | Sold (part) | 07/21/17 | J | | |
| 631. | | | | | Sold (part) | 08/01/17 | J | | |
| 632. | | | | | Sold (part) | 08/21/17 | K | | |
| 633. | | | | | Sold (part) | 08/22/17 | J | | |
| 634. | | | | | Sold (part) | 08/24/17 | K | | |
| 635. | | | | | Sold (part) | 09/01/17 | J | | |
| 636. | | | | | Sold (part) | 09/07/17 | K | | |
| 637. | | | | | Sold (part) | 09/11/17 | K | | |
| 638. | | | | | Sold (part) | 09/13/17 | L | | |
| 639. | | | | | Sold (part) | 09/15/17 | K | | |
| 640. | | | | | Sold (part) | 09/18/17 | K | | |
| 641. | | | | | Sold (part) | 10/02/17 | J | | |
| 642. | | | | | Sold (part) | 10/03/17 | J | | |
| 643. | | | | | Sold (part) | 10/16/17 | J | | |
| 644. | | | | | Sold (part) | 10/17/17 | J | | |
| 645. | | | | | Sold (part) | 10/24/17 | K | | |
| 646. | | | | | Sold (part) | 10/25/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 647. | | | | | Sold (part) | 10/30/17 | K | | |
| 648. | | | | | Sold (part) | 11/01/17 | J | | |
| 649. | | | | | Sold (part) | 11/02/17 | J | | |
| 650. | | | | | Sold (part) | 12/01/17 | J | | |
| 651. | | | | | Sold (part) | 12/05/17 | L | | |
| 652. | | | | | Sold (part) | 12/11/17 | K | | |
| 653. | | | | | Sold (part) | 12/15/17 | J | | |
| 654. | | | | | Sold (part) | 12/19/17 | L | | |
| 655. | | | | | Sold (part) | 12/21/17 | L | | |
| 656. | | | | | Sold (part) | 12/26/17 | J | | |
| 657. | | | | | Sold | 12/29/17 | N | | |
| 658. - Buckeye Partners LP, PTP | D | Dividend | M | T | Sold (part) | 01/18/17 | J | | |
| 659. | | | | | Sold (part) | 01/23/17 | K | | See Part VIII |
| 660. | | | | | Sold (part) | 02/27/17 | J | A | |
| 661. - Williams Partners LP, PTP | D | Dividend | M | T | Buy (add'l) | 03/27/17 | J | | |
| 662. | | | | | Buy (add'l) | 12/19/17 | K | | |
| 663. | | | | | Buy (add'l) | 12/29/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 664.  - Energy Transfer Equity LP, PTP | D | Dividend | M | T | Buy (add'l) | 01/17/17 | K | | |
| 665. | | | | | Buy (add'l) | 02/24/17 | K | | |
| 666. | | | | | Sold (part) | 09/27/17 | K | C | |
| 667.  - Enterprise Prods Partners LP, PTP | E | Dividend | N | T | Buy (add'l) | 05/25/17 | K | | |
| 668. | | | | | Buy (add'l) | 09/11/17 | J | | |
| 669.  - Magellan Midstream Partners, PTP | D | Dividend | N | T | Buy (add'l) | 09/14/17 | K | | |
| 670. | | | | | Sold (part) | 01/17/17 | J | C | |
| 671. | | | | | Sold (part) | 02/27/17 | K | D | |
| 672.  - Plains All American Pipeline LP (PAA), PTP | E | Dividend | M | T | | | | | |
| 673.  - Spectra Energy Partners LP, PTP | D | Dividend | L | T | Sold (part) | 02/02/17 | J | B | |
| 674. | | | | | Sold (part) | 02/08/17 | J | A | |
| 675. | | | | | Sold (part) | 02/08/17 | J | | |
| 676. | | | | | Sold (part) | 03/15/17 | J | | |
| 677. | | | | | Sold (part) | 03/15/17 | K | | |
| 678. | | | | | Sold (part) | 09/14/17 | J | | See Part VIII |
| 679.  - Sunoco Logistics Partners LP, PTP | C | Dividend | | | Buy (add'l) | 02/02/17 | K | | |
| 680. | | | | | Distributed | 05/01/17 | M | | See Part VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| | Name of Person Reporting | Date of Report |
|---|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 681. - Western Gas Partners LP, PTP | D | Dividend | M | T | Buy (add'l) | 08/21/17 | K | | |
| 682. | | | | | Buy (add'l) | 10/20/17 | K | | |
| 683. - Hawaii St bds, municipal bds | D | Interest | M | T | | | | | |
| 684. - MA St Dev Fin Agy Bds, municipal bds | E | Interest | N | T | Buy (add'l) | 11/01/17 | N | | |
| 685. - WI St Trans Rev Bds, municipal bds | D | Interest | M | T | | | | | |
| 686. - Charleston Cty SC municipal bds | D | Interest | N | T | | | | | |
| 687. - Energy Northwest WA Elec Rev municipal bds | D | Interest | M | T | | | | | |
| 688. - Frederick Cty MD municipal bds | A | Interest | J | T | | | | | |
| 689. - Vanguard Energy Fd-Adm (mutual fd) | A | Dividend | | | Sold | 10/03/17 | O | | See Part VIII |
| 690. - Lone Star Real Estate Fd II (U.S.), LP (priv equity) | G | Distribution | M | W | | | | | See Part VIII |
| 691. - Lone Star Fund VII (U.S.), LP (priv equity) | F | Distribution | K | W | | | | | |
| 692. - PS Opportunities Onshore LP (priv equity) | | None | P1 | W | | | | | |
| 693. - Andeavor Logistics LP (PTP) (fka Tesoro Logistics LP) | D | Dividend | M | T | Buy (add'l) | 12/13/17 | J | | See Part VIII |
| 694. - MPLX LP (PTP) | D | Dividend | N | T | Buy (add'l) | 08/17/17 | J | | |
| 695. | | | | | Buy (add'l) | 09/05/17 | K | | |
| 696. | | | | | Buy (add'l) | 10/23/17 | J | | |
| 697. - Western Gas Equity Partners LP (PTP) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 698.  - EQT Midstream Partners, LP (PTP) | D | Dividend | M | T | Sold (part) | 12/22/17 | K | D | |
| 699.  - Williams Cos Inc common (WMB) | C | Dividend | M | T | Buy (add'l) | 10/13/17 | J | | |
| 700. | | | | | Sold (part) | 02/23/17 | J | | |
| 701. | | | | | Sold (part) | 02/24/17 | J | | |
| 702. | | | | | Sold (part) | 03/23/17 | K | | See Part VIII |
| 703.  - PA Econ Dev Fing Auth municipal bds | D | Interest | M | T | | | | | |
| 704.  - Falcon Edge Global, LP (private equity) | | None | | | Redeemed | 04/10/17 | K | | See Part VIII |
| 705.  - University Utah University Revs (municipal Bds) | D | Interest | M | T | | | | | |
| 706.  - MA St Sch Bldg Auth (muniicpal bds) | D | Interest | M | T | | | | | |
| 707.  - Frontier MFG Global Equity Fd Instl (FMGEX) mutual fd | G | Dividend | P1 | T | Buy (add'l) | 12/18/17 | L | | |
| 708.  - Genesis Energy LP (GEL) (PTP) | D | Dividend | K | T | Sold (part) | 08/10/17 | J | | |
| 709. | | | | | Sold (part) | 10/12/17 | J | | See Part VIII |
| 710.  - Oneok Inc, com (OKE) | D | Dividend | M | T | Spinoff (from line 729) | 06/30/17 | M | | See Part VIII |
| 711. | | | | | Sold (part) | 09/13/17 | K | B | |
| 712.  - Phillips 66 Partners LP (PSXP) (PTP) | D | Dividend | M | T | | | | | |
| 713.  - Valero Energy Partners LP (VLP) (PTP) | C | Dividend | L | T | Buy (add'l) | 03/03/17 | K | | |
| 714.  - Morehead St Univ KY municipal bds | D | Interest | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT      Name of Person Reporting      Date of Report

SARIS, PATTI B.

05/10/2018

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 715. - Pennsylvania St municipal bds | D | Interest | | | Sold | 10/04/17 | M | | See Part VIII |
| 716. - Stratford CT municipal bds | D | Interest | M | T | | | | | |
| 717. - Western Mich Univ Rev municipal bds | D | Interest | M | T | | | | | |
| 718. - DL Partners Opportunities Fd LP (private eq) | | None | P1 | W | | | | | |
| 719. - Antero Midstream Partners LP (AM) (PTP) | C | Dividend | L | T | Buy (add'l) | 02/06/17 | J | | |
| 720. | | | | | Buy (add'l) | 09/06/17 | K | | |
| 721. - Dominion Energy Midstream Partners LP (DM) (PTP) (fka Dominion Mid) | C | Dividend | L | T | | | | | See Part VIII |
| 722. - Shell Midstream Partners LP (SHLX) (PTP) | C | Dividend | L | T | Buy (add'l) | 09/11/17 | L | | |
| 723. - Forsyth Cnty GA municipal bds | D | Interest | M | T | | | | | |
| 724. - Franklin IND Cmnty-Sch Bldg municipal bds | D | Interest | M | T | | | | | |
| 725. - Maryland St municipal bds | E | Interest | O | T | Buy (add'l) | 08/18/17 | N | | |
| 726. - Waseca MN Indpt Sch Dist municipal bds | C | Interest | | | Sold | 04/26/17 | M | | See Part VIII |
| 727. - Edgbaston Asian Equity Trust (private eq) | | None | P1 | W | | | | | |
| 728. - EQT GP Holding LP (EQGP) (PTP) | A | Dividend | K | T | | | | | |
| 729. - Oneok Partners LP (OKS) (PTP) | D | Dividend | | | Sold (part) | 01/27/17 | J | A | |
| 730. | | | | | Sold (part) | 01/27/17 | J | B | |
| 731. | | | | | Sold (part) | 03/09/17 | K | D | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 732. | | | | | Distributed | 06/30/17 | M | G | |
| 733. - Targa Resources Corp (TRGP), common stock | C | Dividend | L | T | Buy (add'l) | 01/23/17 | K | | |
| 734. | | | | | Buy (add'l) | 02/03/17 | K | | |
| 735. | | | | | Buy (add'l) | 02/23/17 | K | | |
| 736. | | | | | Buy (add'l) | 04/27/17 | K | | |
| 737. - Energy Transfer Partners LP (ETP), PTP | E | Dividend | M | T | Spinoff (from line 680) | 02/02/17 | M | | |
| 738. | | | | | Sold (part) | 05/05/17 | K | | |
| 739. | | | | | Sold (part) | 06/14/17 | K | | |
| 740. | | | | | Sold (part) | 07/05/17 | K | | |
| 741. | | | | | Sold (part) | 09/29/17 | J | | See Part VIII |
| 742. - Noble Midstream Partners LP (NBLX), PTP | B | Dividend | K | T | | | | | |
| 743. - Tallgrass Energy Partners LP (TEP), PTP | D | Dividend | L | T | Buy (add'l) | 06/16/17 | K | | |
| 744. - Tallgrass Energy GP LP (TEGP) Cl A shares | A | Dividend | K | T | | | | | |
| 745. - Massachusetts Bay Trans Auth MA Rev municipal bds | B | Interest | | | Sold | 01/24/17 | M | | See Part VIII |
| 746. - Massachusetts St municipal bonds | E | Interest | | | Redeemed | 08/01/17 | M | | See Part VIII |
| 747. - New York St Dorm Auth St Pers Inc Tax Rev municipal bds | E | Interest | | | Sold | 12/07/17 | N | | See Part VIII |
| 748. - Oakland Univ Mich Rev municipal fds | D | Interest | M | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**      Name of Person Reporting      Date of Report

SARIS, PATTI B.

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 749. - Snohomish Cnty Wash Sch Dist municipal bds | D | Interest | | | Sold | 12/01/17 | M | | See Part VIII |
| 750. - Union Cnty NJ municipal bds | C | Interest | | | Sold | 03/20/17 | N | | See Part VIII |
| 751. - MFB Northern Funds US Govt money mkt (cash equiv) | C | Dividend | N | T | Sold (part) | 12/31/17 | N | | See Part VIII |
| 752. - Governors Lane Onshore Fund LP (private equity) (x) | | None | P1 | W | Buy | 06/28/17 | P1 | | |
| 753. - Waterline Ventures II LP (private equity) (x) | | None | L | W | Buy | 09/13/17 | L | | |
| 754. | | | | | Buy (add'l) | 12/11/17 | K | | |
| 755. - Kildare European Partners I, LP (private equity) (x) | | None | O | W | Open | 12/31/17 | J | | |
| 756. - Regent Opportunity Fund IV, LLC (private equity) (x) | | None | M | W | Buy | 12/11/17 | J | | |
| 757. | | | | | Buy (add'l) | 12/19/17 | L | | |
| 758. - US Bank Security acct (H) (x) | | | | | | | | | |
| 759. - First Am US Treas mm CL Z cash equiv (mutual fd) (x) | | None | L | T | Buy | 12/06/17 | L | | |
| 760. - BP Midstream Partners (BPMP), PTP (x) | | None | K | T | Buy | 10/26/17 | K | | |
| 761. | | | | | Buy (add'l) | 10/31/17 | J | | |
| 762. - Nustar Energy LP, PTP (x) | B | Dividend | | | Buy | 04/12/17 | K | | |
| 763. | | | | | Sold | 10/30/17 | K | | See Part VIII |
| 764. - Antero Midstream Group LP, PTP (x) | A | Dividend | K | T | Buy | 05/04/17 | K | | |
| 765. | | | | | Buy (add'l) | 05/23/17 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| | |

SARIS, PATTI B.

05/10/2018

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 766. - Cheniere Energy INC (LNG) (x) | | None | K | T | Buy | 02/27/17 | K | | |
| 767. - Castlelake V LPs (private equity) (x) | | None | J | W | Open | 12/31/17 | J | | |
| 768. - Berkshire Wind Pwr Coop Corp Mass municipal bds (x) | A | Interest | N | T | Buy | 12/15/17 | N | | |
| 769. - Burlington Cnty NJ municipal bds (x) | C | Interest | N | T | Buy | 06/06/17 | N | | |
| 770. - Boulder Valley Colo municipal bds (x) | B | Interest | | | Buy | 03/22/17 | N | | |
| 771. | | | | | Sold | 05/09/17 | N | C | |
| 772. - Maricopa Cnty Ariz municipal bds (x) | D | Interest | N | T | Buy | 06/02/17 | N | | |
| 773. - Odessa Tex Jr College municipal bds (x) | A | Interest | N | T | Buy | 12/05/17 | N | | |
| 774. - San Antonio Tex municipal bds (x) | D | Interest | N | T | Buy | 02/01/17 | N | | |
| 775. - Springfield Mass municipal bds (x) | D | Interest | N | T | Buy | 04/21/17 | N | | |
| 776. - WA Multnomah & Yamhill Cntys municipal bds (x) | A | Interest | N | T | Buy | 12/13/17 | N | | |
| 777. - New York St Dorm Auth St Pers Inc municipal bds (x) | C | Interest | | | Buy | 06/29/17 | M | | |
| 778. | | | | | Sold | 11/17/17 | M | | See Part VIII |
| 779. - University Mich Univ Revs municipal bds (x) | C | Interest | | | Buy | 01/12/17 | N | | |
| 780. | | | | | Sold | 04/19/17 | N | D | |
| 781. - Brookside Cap Partners Fd LP (x) | | None | M | W | Open | 12/31/17 | M | | |
| 782. - Marathon UCITS Funds - International Equity F(private equity) (x) | | None | P2 | W | Open | 12/31/17 | P1 | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 783. | | | | | Open | 12/31/17 | O | | |
| 784. - Summit Ptrns Priv Eq Fd VII-A (x) | None | N | W | | Open | 12/31/17 | N | | |
| 785. - Hony Capital Fund 2008, LP (x) | None | P1 | U | | Open | 12/31/17 | P1 | | |
| 786. - Lone Star Fund VI (US), LP (x) | None | N | U | | Open | 12/31/17 | N | | |
| 787. - Lone Star Europe Holdings (US), LP (x) | None | N | U | | Open | 12/31/17 | N | | |
| 788. - Lone Star Real Estate Fund (US), LP (x) | None | M | U | | Open | 12/31/17 | M | | |
| 789. - Lime Rock Partners VI LP (private equity) (x) | None | O | U | | Open | 12/31/17 | O | | |
| 790. - Lone Star Fund VIII (US) LP (private equity) (x) | None | P1 | U | | Open | 12/31/17 | P1 | | |
| 791. - Lone Star Real Estate Fund III (US), LP (private eq) (x) | None | O | U | | Open | 12/31/17 | O | | |
| 792. - Castlelake IV LP (private eq) (x) | None | M | U | | Open | 12/31/17 | M | | |
| 793. - CL IV Inc LLC (private eq) (x) | None | P1 | U | | Open | 12/31/17 | P1 | | |
| 794. - Lime Rock Partners VII LP (private eq) (x) | None | O | U | | Open | 12/31/17 | O | | |
| 795. - Lone Star IX (US), LP (private eq) (x) | None | P1 | U | | Open | 12/31/17 | P1 | | |
| 796. - Aria Investment Partners LP LLC (private equity) (x) | None | M | U | | Open | 12/31/17 | M | | |
| 797. - Centerbridge Cap Ptnrs LPs (Priv. Eq) (x) | None | N | U | | Open | 12/31/17 | N | | |
| 798. - MP Fund I LP (private eq) (x) | None | M | U | | Open | 12/31/17 | M | | |
| 799. - Kildare European Partners I, LP (private eq) (x) | None | O | U | | Open | 12/31/17 | O | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 800. - Federated Treasury Obliga - IS (cash equiv) (x) | | None | N | T | Buy | 12/29/17 | N | | |
| 801. MECM Associates II LLC (H) | | | | | | | | | |
| 802. - Baupost Value Partners LP II | G | Distribution | P1 | W | | | | | |
| 803. - Elliott Associates LP | | None | P1 | W | | | | | |
| 804. - HighVista I LP | | None | P1 | W | | | | | |
| 805. - Penta Asia Long Short Fd Ltd LP | A | Distribution | K | W | Redeemed (part) | 02/01/17 | J | | |
| 806. | | | | | Redeemed (part) | 10/01/17 | J | | |
| 807. - X Investment Holdings co Ltd LP | | None | N | W | | | | | |
| 808. - Federated US Teas Cash Rsv cash equiv (mutual fd) | A | Dividend | | | Buy (add'l) | 02/21/17 | J | | |
| 809. | | | | | Sold (part) | 06/23/17 | J | | |
| 810. | | | | | Sold (part) | 10/23/17 | J | | |
| 811. | | | | | Sold | 12/29/17 | M | | |
| 812. - Vanguard Dvd Apprec Ind-adm (VDADX) mutual fd | C | Dividend | M | T | | | | | |
| 813. - Federated Treasury Obliga - IS (cash equiv) (x) | | None | N | T | Buy | 12/29/17 | N | | |
| 814. First Republic Bank, bank account (cash account) | A | Interest | K | T | | | | | |
| 815. Perry Partners, LP (private equity) | E | Distribution | J | U | | | | | |
| 816. Local Motors Inc Ser B pfd stock | | None | M | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 817. Local Motors Inc Ser C pfd stock | | None | N | T | | | | | |
| 818. AdoreMe Inc-seed pfd (fka WebcamGen Inc Ser A pfd) clsly held | | None | K | T | Redeemed (part) | 01/23/17 | M | G | See Part VIII |
| 819. Highland Capital Partners VIII, LP | | None | N | U | Buy (add'l) | 05/19/17 | J | | |
| 820. | | | | | Buy (add'l) | 10/12/17 | J | | |
| 821. New Jersey St bds, municipal bds | C | Interest | | | Redeemed | 06/01/17 | M | | See Part VIII |
| 822. Charleston Cty SC municipal bds | D | Interest | M | T | | | | | |
| 823. Energy Northwest WA municipal bds | D | Interest | M | T | | | | | |
| 824. MA St Sch Bldg municipal bds | D | Interest | M | T | | | | | |
| 825. Medina Cty OH municipal bds | D | Interest | M | T | | | | | |
| 826. Oregon St municipal bds | D | Interest | N | T | | | | | |
| 827. Vanguard Energy Fd-Adm (mutual fd) | A | Dividend | | | Sold | 10/04/17 | P1 | | See Part VIII |
| 828. Artemis Real Est Partnrs Fd I LP | G | Distribution | O | W | | | | | |
| 829. Prosperitas Real Est Partners III LP (private equity) | A | Distribution | K | W | | | | | |
| 830. Prosperitas Real Est Partners IIIA LP (private equity) | A | Distribution | K | W | | | | | |
| 831. Prosperitas Real Est Partners IIIB LP (private equity) | A | Distribution | K | W | | | | | |
| 832. PS Opportunities Onshore LP (priv equity) | | None | P1 | U | | | | | |
| 833. Liveprocess Corp Ser B pfd | | None | J | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

SARIS, PATTI B.

05/10/2018

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 834.  Trust # 29 (H) | | | | | | | | | |
| 835.  - Plymouth Rock Co Inc OC Cl A com stock (closely held) | G | Dividend | P2 | T | | | | | |
| 836.  - Federated US Treas Cash Rsv cash equiv mutual fund | B | Dividend | | | Buy (add'l) | 03/16/17 | L | | |
| 837. | | | | | Buy (add'l) | 04/12/17 | J | | |
| 838. | | | | | Buy (add'l) | 09/14/17 | L | | |
| 839. | | | | | Buy (add'l) | 10/30/17 | N | | |
| 840. | | | | | Buy (add'l) | 11/20/17 | O | | |
| 841. | | | | | Buy (add'l) | 11/29/17 | J | | |
| 842. | | | | | Buy (add'l) | 12/21/17 | K | | |
| 843. | | | | | Sold (part) | 01/03/17 | J | | |
| 844. | | | | | Sold (part) | 02/01/17 | J | | |
| 845. | | | | | Sold (part) | 03/01/17 | J | | |
| 846. | | | | | Sold (part) | 04/03/17 | J | | |
| 847. | | | | | Sold (part) | 04/20/17 | K | | |
| 848. | | | | | Sold (part) | 05/01/17 | J | | |
| 849. | | | | | Sold (part) | 06/01/17 | J | | |
| 850. | | | | | Sold (part) | 06/07/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/10/2018 |

SARIS, PATTI B.

05/10/2018

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 851. | | | | | Sold (part) | 07/03/17 | J | | |
| 852. | | | | | Sold (part) | 08/01/17 | J | | |
| 853. | | | | | Sold (part) | 08/22/17 | J | | |
| 854. | | | | | Sold (part) | 09/01/17 | J | | |
| 855. | | | | | Sold (part) | 09/21/17 | L | | |
| 856. | | | | | Sold (part) | 09/25/17 | K | | |
| 857. | | | | | Sold (part) | 10/02/17 | J | | |
| 858. | | | | | Sold (part) | 10/03/17 | K | | |
| 859. | | | | | Sold (part) | 10/11/17 | K | | |
| 860. | | | | | Sold (part) | 10/17/17 | J | | |
| 861. | | | | | Sold (part) | 10/25/17 | J | | |
| 862. | | | | | Sold (part) | 11/01/17 | K | | |
| 863. | | | | | Sold (part) | 11/06/17 | J | | |
| 864. | | | | | Sold (part) | 11/14/17 | K | | |
| 865. | | | | | Sold (part) | 11/20/17 | K | | |
| 866. | | | | | Sold (part) | 11/27/17 | K | | |
| 867. | | | | | Sold (part) | 12/01/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/10/2018 |

Page 55 of 72

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 868. | | | | | Sold (part) | 12/06/17 | K | | |
| 869. | | | | | Sold (part) | 12/12/17 | K | | |
| 870. | | | | | Sold (part) | 12/19/17 | K | | |
| 871. | | | | | Sold (part) | 12/21/17 | K | | |
| 872. | | | | | Sold (part) | 12/26/17 | K | | |
| 873. | | | | | Sold (part) | 12/27/17 | N | | |
| 874. | | | | | Sold | 12/29/17 | O | | |
| 875. - Hephaestion IV LP (private equity | D | Distribution | O | U | Buy (add'l) | 08/22/17 | J | | |
| 876. - MECM Assoc LLC (privately held) | H1 | Distribution | P4 | W | | | | | See Part VIII |
| 877. - Independent Franchise Partners US Eq Fd (IFPUX) mutual fd | G | Dividend | P1 | T | Buy (add'l) | 12/20/17 | L | | |
| 878. - Federated Treasury Obliga - IS (cash equiv) (x) | | None | O | T | Buy | 12/29/17 | O | | |
| 879. Trust # 30 (H) | | | | | | | | | |
| 880. - Federated US Treas Cash Rsv cash equiv mutual fd | A | Dividend | | | Buy (add'l) | 06/23/17 | J | | |
| 881. | | | | | Sold | 11/20/17 | J | | |
| 882. - Int in MECM Assoc II LLC (privately held) | C | Distribution | | | Distributed | 09/30/17 | P1 | | See Part VIII |
| 883. Trust # 31 (H) | | | | | | | | | |
| 884. - Vanguard Dvd Apprec Ind-adm (VDADX) mutual fd | C | Dividend | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 885. - Vanguard Emerg Mkts Stock Indx-adm (VEMAX) mutual fd | C | Dividend | M | T | | | | | |
| 886. - Int in MECM Investments LLC (privately held) | | None | N | W | | | | | See Part VIII |
| 887. - Federated US Treas Cash Rsv cash eq mutual fd | B | Dividend | | | Buy (add'l) | 02/28/17 | K | | |
| 888. | | | | | Buy (add'l) | 06/22/17 | J | | |
| 889. | | | | | Buy (add'l) | 09/21/17 | J | | |
| 890. | | | | | Buy (add'l) | 12/22/17 | J | | |
| 891. | | | | | Sold (part) | 01/04/17 | J | | |
| 892. | | | | | Sold (part) | 01/20/17 | K | | |
| 893. | | | | | Sold (part) | 02/16/17 | J | | |
| 894. | | | | | Sold (part) | 03/02/17 | J | | |
| 895. | | | | | Sold (part) | 03/30/17 | L | | |
| 896. | | | | | Sold (part) | 04/10/17 | J | | |
| 897. | | | | | Sold (part) | 04/18/17 | J | | |
| 898. | | | | | Sold (part) | 06/02/17 | L | | |
| 899. | | | | | Sold (part) | 06/07/17 | J | | |
| 900. | | | | | Sold (part) | 06/19/17 | J | | |
| 901. | | | | | Sold (part) | 06/26/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

Name of Person Reporting
SARIS, PATTI B

Date of Report
05/10/2018

Page 57 of 72

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 902. | | | | | Sold (part) | 07/06/17 | J | | |
| 903. | | | | | Sold (part) | 08/02/17 | L | | |
| 904. | | | | | Sold (part) | 08/09/17 | J | | |
| 905. | | | | | Sold (part) | 08/28/17 | K | | |
| 906. | | | | | Sold (part) | 09/08/17 | J | | |
| 907. | | | | | Sold (part) | 09/27/17 | J | | |
| 908. | | | | | Sold (part) | 10/03/17 | J | | |
| 909. | | | | | Sold (part) | 11/02/17 | J | | |
| 910. | | | | | Sold (part) | 12/14/17 | K | | |
| 911. | | | | | Sold (part) | 12/27/17 | K | | |
| 912. | | | | | Sold | 12/29/17 | J | | |
| 913. - Federated Treasury Obliga - IS (cash equiv) (x) | | None | J | T | Buy | 12/29/17 | J | | |
| 914. Hephaestion IV LP (private equity) | E | Distribution | P1 | U | Buy (add'l) | 08/27/17 | J | | |
| 915. Learn Our History LLC (private equity) | | None | L | W | | | | | |
| 916. Patagonia Sur, LLC (private equity) | | None | M | U | | | | | |
| 917. Tekne Partners, LP (private equity) | | None | P1 | U | | | | | |
| 918. Lime Rock Partners VI LP (private equity) | G | Distribution | | | Buy (add'l) | 03/24/17 | K | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 919. | | | | | Buy (add'l) | 05/11/17 | J | | |
| 920. | | | | | Buy (add'l) | 06/30/17 | J | | |
| 921. | | | | | Buy (add'l) | 08/10/17 | J | | |
| 922. | | | | | Buy (add'l) | 09/08/17 | K | | |
| 923. | | | | | Buy (add'l) | 09/27/17 | K | | |
| 924. | | | | | Buy (add'l) | 12/22/17 | K | | |
| 925. | | | | | Distributed | 12/31/17 | O | | See Part VIII |
| 926. Metropolican St Louis, MO municipal fd | D | Interest | M | T | | | | | |
| 927. PA Econ Dev Auth municipal bds | D | Interest | M | T | | | | | |
| 928. Glidewell Ltd Ser A Pfd stock | | None | | | Closed | 12/31/17 | J | | See Part VIII |
| 929. Trust # 32 (H) | | | | | | | | | |
| 930. - Int in MECM Investments LLC (closely held) | | None | N | W | | | | | See Part VIII |
| 931. - Vanguard Dvd Apprec Ind-adm (VDADX) mutual fd | C | Dividend | N | T | | | | | |
| 932. - Vanguard Emerg Mkts Stock Indx-adm (VEMAX mutual fund | C | Dividend | M | T | | | | | |
| 933. - Federated US Treas Cash Rsv, cash equiv mutual fd | A | Dividend | | | Buy (add'l) | 03/30/17 | J | | |
| 934. | | | | | Buy (add'l) | 06/22/17 | J | | |
| 935. | | | | | Buy (add'l) | 09/21/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 936. | | | | | Buy (add'l) | 12/22/17 | J | | |
| 937. | | | | | Sold (part) | 01/13/17 | J | | |
| 938. | | | | | Sold (part) | 01/17/17 | J | | |
| 939. | | | | | Sold (part) | 01/31/17 | J | | |
| 940. | | | | | Sold (part) | 02/14/17 | J | | |
| 941. | | | | | Sold (part) | 03/15/17 | J | | |
| 942. | | | | | Sold (part) | 04/06/17 | K | | |
| 943. | | | | | Sold (part) | 04/18/17 | J | | |
| 944. | | | | | Sold (part) | 05/17/17 | J | | |
| 945. | | | | | Sold (part) | 06/07/17 | J | | |
| 946. | | | | | Sold (part) | 06/19/17 | J | | |
| 947. | | | | | Sold (part) | 07/17/17 | J | | |
| 948. | | | | | Sold (part) | 08/15/17 | J | | |
| 949. | | | | | Sold (part) | 09/11/17 | J | | |
| 950. | | | | | Sold (part) | 09/12/17 | J | | |
| 951. | | | | | Sold (part) | 09/18/17 | J | | |
| 952. | | | | | Sold (part) | 11/09/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| Page 60 of 72 | SARIS, PATTI B. | 05/10/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 953. | | | | | Sold (part) | 11/15/17 | J | | |
| 954. | | | | | Sold (part) | 12/18/17 | J | | |
| 955. | | | | | Sold | 12/29/17 | L | | |
| 956.   - Federated Treasury Obliga - IS (cash equiv) (x) | | None | L | T | Buy | 12/29/17 | L | | |
| 957. | | | | | Sold (part) | 12/29/17 | J | | |
| 958.  University Utah University Revs municipal bds | D | Interest | M | T | | | | | |
| 959.  Acacia Conservation Fund LP (private equity) | | None | P1 | W | | | | | |
| 960.  Compass DRR Mexico F1-2 Limited (private equity) | | None | N | W | | | | | |
| 961.  Innovation works Development Fd II, LP (private equity) | G | Distribution | P1 | U | Buy (add'l) | 02/28/17 | K | | |
| 962.  Kensico Associates LP (private equity) | | None | P1 | U | | | | | |
| 963.  Lone Star Fund VIII (US) LP (private equity) | G | Distribution | | | Buy (add'l) | 03/15/17 | N | | |
| 964. | | | | | Distributed | 12/31/17 | P1 | | See Part VIII |
| 965.  Marathon UCITS Funds - International Equity F(private equity) | D | Distribution | | | Distributed | 12/31/17 | O | | See Part VIII |
| 966.  RNPF Co Invest LLC (private equity) | | None | N | U | Buy (add'l) | 11/29/17 | J | | |
| 967.  RP Holdings Fund II, LLC (private equity) | E | Distribution | L | U | | | | | |
| 968.  Velos Partners Fund I LP (private equity) | | None | M | U | | | | | |
| 969.  Morehead St Univ KY municipal bds | D | Interest | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/10/2018 |

# VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 970. Stratford CT municipal bds | D | Interest | M | T | | | | | |
| 971. Artemis Real Est Partnrs Fd II LP (private eq | G | Distribution | O | U | Buy (add'l) | 05/18/17 | L | | |
| 972. | | | | | Buy (add'l) | 06/29/17 | L | | |
| 973. | | | | | Buy (add'l) | 08/30/17 | K | | |
| 974. | | | | | Buy (add'l) | 11/15/17 | K | | |
| 975. Kildare European Partners I, LP (private eq) | G | Distribution | | | Buy (add'l) | 01/20/17 | J | | |
| 976. | | | | | Buy (add'l) | 05/10/17 | J | | |
| 977. | | | | | Buy (add'l) | 06/09/17 | K | | |
| 978. | | | | | Buy (add'l) | 08/29/17 | L | | |
| 979. | | | | | Buy (add'l) | 09/22/17 | N | | |
| 980. | | | | | Buy (add'l) | 10/06/17 | J | | |
| 981. | | | | | Distributed | 12/31/17 | O | | See Part VIII |
| 982. Lone Star Real Estate Fund III (US), LP (private eq) | G | Distribution | | | Buy (add'l) | 02/28/17 | J | | |
| 983. | | | | | Buy (add'l) | 04/12/17 | J | | |
| 984. | | | | | Distributed | 12/31/17 | O | | See Part VIII |
| 985. MP Fund I LP (private eq) | | None | | | Distributed | 12/31/17 | M | | See Part VIII |
| 986. Proclara Biosciences Inc Ser D pfd stock (fka Neurophage Pharmls) | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

Page 62 of 72

Name of Person Reporting

SARIS, PATTI B.

Date of Report

05/10/2018

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 987. Orion European Real Estate Fd IV CV (private eq) | G | Distribution | N | U | Buy (add'l) | 01/26/17 | K | | |
| 988. | | | | | Buy (add'l) | 02/21/17 | L | | |
| 989. | | | | | Buy (add'l) | 06/21/17 | L | | |
| 990. Barclays Bank, bank account (cash account) | | None | | | Closed | 12/31/17 | J | | See Part VIII |
| 991. Local Morots Inc Ser B-1 pfd (closely held) | | None | N | T | | | | | |
| 992. Proclara Biosciences Inc Ser E pfd stock (fka Neurophage Pharmls) | | None | K | T | | | | | |
| 993. CourtScribes Inc Ser A prim pfd (Delaware Corp) | | None | K | T | | | | | |
| 994. Glidewell Ltd Ser B pfd Stock | | None | | | Closed | 12/31/17 | J | | See Part VIII |
| 995. Instinct Hlth Science Seed-1 pfd (privately held) | | None | | | Closed | 12/31/17 | J | | See Part VIII |
| 996. Instinct Hlth Science Seed-2 pfd (privately held) | | None | | | Closed | 12/31/17 | J | | See Part VIII |
| 997. Blackivy LLC (private eq) | | None | O | W | Buy (add'l) | 01/23/17 | M | | |
| 998. | | | | | Buy (add'l) | 06/28/17 | L | | |
| 999. | | | | | Buy (add'l) | 12/29/17 | K | | |
| 1000. CL IV Inc LLC (private eq) ** see part VIII note | F | Distribution | | | Buy (add'l) | 05/02/17 | L | | See Part VIII |
| 1001. | | | | | Buy (add'l) | 06/13/17 | L | | |
| 1002. | | | | | Buy (add'l) | 07/05/17 | L | | |
| 1003. | | | | | Buy (add'l) | 09/22/17 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1004. | | | | | Distributed | 12/31/17 | P1 | | See Part VIII |
| 1005. Castlelake IV LP (private eq) ** see part VIII note | G | Distribution | | | Buy (add'l) | 05/12/17 | K | | See Part VIII |
| 1006. | | | | | Buy (add'l) | 06/13/17 | K | | |
| 1007. | | | | | Buy (add'l) | 07/05/17 | K | | |
| 1008. | | | | | Buy (add'l) | 09/22/17 | K | | |
| 1009. | | | | | Distributed | 12/31/17 | M | | See Part VIII |
| 1010. Coastal Force Invt in Real Estate LP (private eq) | | None | O | U | | | | | |
| 1011. Lime Rock Partners VII LP (private eq) | F | Distribution | | | Buy (add'l) | 01/20/17 | K | | |
| 1012. | | | | | Buy (add'l) | 03/22/17 | K | | |
| 1013. | | | | | Buy (add'l) | 06/22/17 | L | | |
| 1014. | | | | | Buy (add'l) | 08/09/17 | K | | |
| 1015. | | | | | Buy (add'l) | 09/22/17 | L | | |
| 1016. | | | | | Distributed | 12/31/17 | O | | See Part VIII |
| 1017. Lone Star IX (US), LP (private eq) | G | Distribution | | | Buy (add'l) | 01/12/17 | K | | |
| 1018. | | | | | Buy (add'l) | 03/20/17 | M | | |
| 1019. | | | | | Buy (add'l) | 05/09/17 | K | | |
| 1020. | | | | | Buy (add'l) | 06/16/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/10/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1021. | | | | | Buy (add'l) | 07/20/17 | J | | |
| 1022. | | | | | Buy (add'l) | 07/31/17 | K | | |
| 1023. | | | | | Buy (add'l) | 09/22/17 | M | | |
| 1024. | | | | | Distributed | 12/31/17 | P1 | | See Part VIII |
| 1025. Longpoint Realty Partners LP CL B (private eq) | | None | O | U | | | | | |
| 1026. Forsyth Cnty GA municipal bds | D | Interest | M | T | | | | | |
| 1027. King Cnty WA Sch Dist municipal bds | A | Interest | | | Sold | 01/09/17 | M | | See Part VIII |
| 1028. Maryland St municipal bds | E | Interest | N | T | Buy (add'l) | 08/18/17 | M | | |
| 1029. Waseca MN Indpt Sch Dist municipal bds | D | Interest | | | Sold | 04/26/17 | M | | See Part VIII |
| 1030. Franklin IND Cmonty Sch Bldg municipal bds | B | Interest | L | T | | | | | |
| 1031. IRA Rollover # 2 (H) | | | | | | | | | |
| 1032. - Vanguard Total Wrld Stock Idx Fd (VT) mutial fd | C | Dividend | M | T | | | | | |
| 1033. - Federated U S Treas Cash Rsv mm Fd (cash equiv) | A | Dividend | | | Sold | 12/29/17 | J | | |
| 1034. - Federated Treasury Obliga - IS (cash equiv) (x) | | None | J | T | Buy | 12/29/17 | J | | |
| 1035. Trust # 33 (H) | | | | | | | | | |
| 1036. - Plymouth Rock Co Inc OC Cl A - common stock | G | Dividend | | | Distributed | 05/22/17 | P2 | | See Part VIII |
| 1037. - Federated US Treas Cash Rsv mutual fd (cash equiv) | B | Dividend | | | Buy (add'l) | 03/16/17 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/10/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1038. | | | | | Buy (add'l) | 09/14/17 | M | | |
| 1039. | | | | | Sold (part) | 05/22/17 | N | | |
| 1040. | | | | | Sold (part) | 11/17/17 | K | | |
| 1041. | | | | | Sold | 12/29/17 | M | | |
| 1042. - Federated Treasury Obliga - IS (cash equiv) (x) | | None | M | T | Buy | 12/29/17 | M | | |
| 1043. - Interest in Trust # 35 (x) | | None | P2 | T | Open | 05/22/17 | P2 | | |
| 1044. Guesty Inc Ser A pfd stock | | None | K | T | | | | | |
| 1045. HST Solar Farms Inc Ser A-2 Pfd (closely held) | | None | M | W | | | | | |
| 1046. Zoom Information Inc Cl B closely held | | None | | | Sold | 09/27/17 | K | E | |
| 1047. MFB Northern Funds US Govt money mkt (cash equiv) | B | Dividend | M | T | | | | | See Part VIII |
| 1048. Castle Rock Colo Sales & Use Tax Rev municipal bds | C | Interest | M | T | | | | | |
| 1049. Edmond OK Pub Wks Auth Sales Tax & Util Rev municipal bds | D | Interest | N | T | | | | | |
| 1050. Indiana Univ Revs municipal bds | D | Interest | | | Matured | 08/01/17 | M | | See Part VIII |
| 1051. Massachusetts Bay Trans Auth Mass Rev municipal bds | D | Interest | | | Sold | 01/24/17 | M | | See Part VIII |
| 1052. Massachusetts St BEO municipal bds | D | Interest | | | Redeemed | 08/01/17 | M | | See Part VIII |
| 1053. Minneapolis & St Paul MN Met Arpts Comm municipal bds | D | Interest | M | T | | | | | |
| 1054. New York St Dorm Auth St Pers Inc Tax Rev municipal bds | C | Interest | | | Sold | 12/07/17 | M | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/10/2018 |

# VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1055. Snohomish Cnty Wash Sch Dist municipal bds | D | Interest | | | Matured | 12/01/17 | N | | See Part VIII |
| 1056. South Dakota Brd Regts Hsg & Auxiliary Fac municipal bds | D | Interest | M | T | | | | | |
| 1057. Union Cnty NJ BEO municipal bds | B | Interest | | | Sold | 03/20/17 | M | | See Part VIII |
| 1058. Aria Investment Partners LP LLC (private equity) | G | Distribution | | | Buy (add'l) | 07/07/17 | J | | |
| 1059. | | | | | Buy (add'l) | 10/05/17 | M | | |
| 1060. | | | | | Buy (add'l) | 11/20/17 | L | | |
| 1061. | | | | | Distributed | 12/31/17 | M | | See Part VIII |
| 1062. Artemis R E Prtnrs Hlthcare Fd I LP (private equity) | G | Distribution | N | U | Buy (add'l) | 02/24/17 | N | | |
| 1063. | | | | | Buy (add'l) | 03/28/17 | M | | |
| 1064. | | | | | Buy (add'l) | 07/26/17 | M | | |
| 1065. | | | | | Buy (add'l) | 09/14/17 | J | | |
| 1066. Denham Oil & Gas Fd LP (private equity) | G | Distribution | O | U | Buy (add'l) | 02/06/17 | L | | |
| 1067. | | | | | Buy (add'l) | 08/02/17 | K | | |
| 1068. | | | | | Buy (add'l) | 09/26/17 | K | | |
| 1069. | | | | | Buy (add'l) | 11/08/17 | M | | |
| 1070. Graduate Syndicate Fund I LP (private equity) | | None | N | U | | | | | |
| 1071. Hillhouse Fund III LP (private equity) | | None | P1 | U | Buy (add'l) | 01/10/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/10/2018 |

# VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1072. | | | | | Buy (add'l) | 01/23/17 | M | | |
| 1073. | | | | | Buy (add'l) | 03/27/17 | L | | |
| 1074. | | | | | Buy (add'l) | 06/26/17 | J | | |
| 1075. | | | | | Buy (add'l) | 07/20/17 | M | | |
| 1076. | | | | | Buy (add'l) | 09/01/17 | L | | |
| 1077. | | | | | Buy (add'l) | 09/27/17 | K | | |
| 1078. | | | | | Buy (add'l) | 10/23/17 | M | | |
| 1079. | | | | | Buy (add'l) | 11/08/17 | K | | |
| 1080. | | | | | Buy (add'l) | 12/19/17 | M | | |
| 1081. Thorntree Capital Fund LP (private equity) | | None | P1 | U | | | | | |
| 1082. FE Industrial Partners I LP (private equity) (x) | C | Distribution | M | U | Buy | 02/17/17 | K | | |
| 1083. | | | | | Buy (add'l) | 05/18/17 | K | | |
| 1084. | | | | | Buy (add'l) | 06/15/17 | L | | |
| 1085. | | | | | Buy (add'l) | 11/13/17 | K | | |
| 1086. Blackstone Distressed Securites Fund LP (private equity) (y) | | None | J | U | | | | | See Part VIII |
| 1087. Semma Therapeutics Inc Ser B Pfd stock (x) | | None | N | T | Buy | 11/21/17 | N | | |
| 1088. Venn 2014 LTD (private equity) (x) | | None | M | W | Buy | 10/03/17 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/10/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1089. Boulder Valley Colo municipal bds (x) | B | Interest | | | Buy | 03/22/17 | N | | |
| 1090. | | | | | Sold | 05/09/17 | N | C | |
| 1091. Burlington Cnty NJ municipal bds (x) | C | Interest | N | T | Buy | 06/06/17 | N | | |
| 1092. Eagle Riv Colo municipal bds (x) | A | Interest | M | T | Buy | 12/14/17 | M | | |
| 1093. Florida St Brd Ed Pub municipal bds (x) | B | Interest | M | T | Buy | 10/02/17 | M | | |
| 1094. Maricopa Cnty Ariz municipal bds (x) | D | Interest | N | T | Buy | 06/02/17 | N | | |
| 1095. Massachusetts St Dev Fin Agy municipal bds (x) | A | Interest | M | T | Buy | 11/01/17 | M | | |
| 1096. Odessa Tex Jr College municipal bds (x) | A | Interest | N | T | Buy | 12/05/17 | N | | |
| 1097. San Antonio Tex municipal bds (x) | D | Interest | N | T | Buy | 02/01/17 | N | | |
| 1098. Springfield Mass municipal bds (x) | C | Interest | M | T | Buy | 04/21/17 | M | | |
| 1099. University Mich Univ Revs municipal bds (x) | B | Interest | | | Buy | 01/12/17 | M | | |
| 1100. | | | | | Sold (part) | 03/24/17 | L | | |
| 1101. | | | | | Sold | 04/19/17 | M | C | |
| 1102. Federated Treasury Obliga - IS (cash equiv) (x) | | None | P2 | T | Buy | 12/29/17 | P2 | | |
| 1103. Trust # 34 (H) (x) | | | | | | | | | |
| 1104. - Int in MECM Assoc II LLC (privately held) (x) | | None | P1 | W | Open | 09/30/17 | P1 | | See Part VIII |
| 1105. Trust # 35 (H) (x) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1106. - Plymouth Rock Co Inc OC Cl A - common stock (x) | | None | P2 | T | Open | 05/22/17 | P2 | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/10/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I. Postions -

A. Reference is made to Trust #4 of which J. Saris is a co-trustee. NOTE: All asssets have been separately reported on the FDR and properly disclosed.

Part VII. Investments and Trusts -

A. Items listed on calendar year 2016 Amended Financial Disclosure Report (FDR) and excluded for calendar year 2017 do not meet the aggregate income, or aggregate value levels outlined in the Financial Disclosure Report Filing Instructions for Judicial Officers and Employees (said instructions referencing Sections 102(a)(3) and 102(a)(1)(B)).

Item 2: TA Conference LLC - The asset was not removed in 2017 because a residual distribution was received in 2017. The asset will be removed from the 2018 FDR.

Item 3: Tucker Anthony Private Equity Fund III - There was no reportable gain on the redemption.

Item 41: Tucker Anthony Private Equity Fund IV - There was no reportable gain on the redemption.

Item 68: See items 540 thru 800 for total MECM Investments LLC assets, purchases and sales.

Item 74: See items 540 thru 800 for total MECM Investments LLC assets, purchases and sales.

Item 80: See items 540 thru 800 for total MECM Investments LLC assets, purchases and sales.

Item 87: See items 540 thru 800 for total MECM Investments LLC assets, purchases and sales.

Item 89: Wavemark Inc Ser A pfd stock - Wavemark was acquired by Cardinal Health in 2013. The asset was not removed in 2017 because a residual distribution was received in 2017. The asset will be removed from the 2018 FDR. Also see item 422.

Item 91: Centerbridge Cap Ptnrs LPs - This asset was distributed to MECM Investments LLC, see Item 797.

Item 96: Summit Ptrns Priv Eq Fd VII-A - This asset was distributed to MECM Investments LLC, see Item 784.

Item 373: See Items 801 thru 813 for total MECM Associates II LLC assets, purchases and sales.

Item 401: See items 540 thru 800 for total MECM Investments LLC assets, purchases and sales.

Item 407: See items 540 thru 800 for total MECM Investments LLC assets, purchases and sales.

Item 413: See items 540 thru 800 for total MECM Investments LLC assets, purchases and sales.

Item 419: See items 540 thru 800 for total MECM Investments LLC assets, purchases and sales.

Item 422: Wavemark Inc Ser B pfd stock - See Item 89.

Item 429: Hony Capital Fund 2008, LP - This asset was distributed to MECM Investments LLC, see Item 785.

Item 436: Lone Star Fund VI (US), LP - This asset was distributed to MECM Investments LLC, see Item 786.

Item 437: Lone Star Europe Holdings (US), LP - This asset was distributed to MECM Investments LLC, see Item 787.

Item 438: Lone Star Real Estate Fund (US), LP - This asset was distributed to MECM Investments LLC, see Item 788.

Item 443: Brookside Cap Partners Fd LP - This asset was distributed to MECM Investments LLC, see Item 781.

Item 472: Marathon UCITS Funds International Equity F - This asset changed its name and was formely known as Marathon Global Fd International Equity F. This asset was distributed to MECM Investments LLC, see Item 782.

Item 474: Advent International GPE VIII-B LP - The asset name was corrected for the misspelling of "Advent" (previously reported as "Advnt").

Item 478: SPDR GOld Trust (GLD) ETF - There was no reportable gain on the sale.

Item 485: See items 540 thru 800 for total MECM Investments LLC assets, purchases and sales.

Item 514: Vanguard Emerg Mkts Stock Indx-adm - There was no reportable gain on the sale.

Item 517: See items 540 thru 800 for total MECM Investments LLC assets, purchases and sales.

Item 542: Maine St Municipal Bds - There was no reportable gain at the maturity.

Item 543: See items 801 thru 813 for total MECM Associates II LLC assets, purchases and sales.

Item 659: Buckeye Partners LP - There was no reportable gain for each of the two sales.

Item 678: Spectra Energy Partners LP - There was no reportable gain for each of the four sales.

Item 680: Sunoco Logistics Partners LP - This asset merged with Energy Transfer Partners LP, see Item 737.

Item 689: Vanguard Energy Fd-Adm - There was no reportable gain on the sale.

Item 690: Lone Star Fund VII (U.S.) LP - There was change in year-end value from last year, the value decreased from M to K.

Item 693: Andeavor Logistics LP - This asset changed its name and was formely known as Tesoro Logistics LP.

Item 700 to 702: William Cos Inc - There was no reportable gain on each of the three sales.

Item 704: Falcon Edge Global, LP - There was no reportable gain on the redemption.

Item 709: Genesis Energy LP - There was no reportable gain on each of the two sales.

Item 710: Oneok Inc - This asset received shares from Oneok Partners LP, see Item 729.

Item 715: Pannsylvania St municipal bds - There was no reportable gain on the sale.

Item 721: Dominion Energy Mdistream Partners LP - This asset changed its name and was formely known as Dominion Midstream Partners LP.

Item 726: Waseca MN Indpt Sch Dist municipal dbs - There was no reportable gain on the sale.

Item 741: Energy Transfer Partners LP - There was no reportable gain on each of the four sales.

Item 745: Masachusetts Bay Trans Auth MA Rev municipal bds - There was no reportable gain on the sale.

Item 746: Massachusetts St municipal bds - There was no reportable gain on the redemption.

Item 747: New York St Dorm Auth St Pers Inc Tax Rev Municipal bds - There was no reportable gain on the sale. Also see Item 778.

Item 749: Snohomish Cnty Wash Sch Dist municipal bds - There was no reportable gain on the sale.

Item 750: Union Cnty NJ municipal bds - There was no reportable gain on the sale.

Item 751: MFB Northern Funds US Govt money mkt - The daily detail activity was not available at filing. There was change in year-end value, the value decreased from O to N.

Item 763: Nustar Energy LP - There was no reportable gain on the sale.

Item 778: New York St Dorm Auth St Pers Inc municipal bds - There was no reportable gain on the sale.

| Name of Person Reporting | Date of Report |
| --- | --- |
| SARIS, PATTI B. | 05/10/2018 |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Item 818: AdoreMe Inc-seed pfd (fka WebcamGen Inc Ser A pfd) - The asset name was corrected for the misspelling of "AdoreMe" (previously reported as "Adorme").

Item 821: New Jersey St Bds municipal bds - There was no reportable gain on the redemption.

Item 827: Vanguard Energy Fd-Adm - There was no reportable gain on the sale.

Item 876: See Items 440 thru 479 for total MECM Associates LLC assets, purchases and sales.

Item 882: Int in MECM Associates II LLC - See Items 801 thru 813 for total MECM Associates II LLC assets, purchases and sales. This asset was distributed due to termination of Trust #30, Item 879. This asset was transfered to Trust #34, see Item 1104.

Item 886: See items 540 thru 800 for total MECM Investments LLC assets, purchases and sales.

Item 925: Lime Rock Partners VI LP - This asset was distributed to MECM Investments LLC, see Item 789.

Item 928: Glidewell Ltd Ser A Pfd - This asset was declared worthless during 2017. The asset will be removed from the 2018 FDR.

Item 930: See items 540 thru 800 for total MECM Investments LLC assets, purchases and sales.

Item 964: Lone Star Fund VIII (US) LP - This asset was distributed to MECM Investments LLC, see Item 790.

Item 965: Marathon UCITS Funds International Equity F - This asset changed its name and was formely known as Marathon Global Fd International Equity F. This asset was distributed to MECM Investments LLC, see Item 782.

Item 981: Kildare European Partners I, LP - This asset was distributed to MECM Investments LLC, see Item 799.

Item 984: Lone Star Real Estate Fund III (US) LP - This asset was distributed to MECM Investments LLC, see Item 791.

Item 985: MP Fund I LP - This asset was distributed to MECM Investments LLC, see Item 798.

Item 990: Barclay Bank, bank account - This asset is below reportable treshold. The asset will be removed from the 2018 FDR.

Item 994: Glidewell Ltd Ser B Pfd - This asset was declared worthless during 2017. The asset will be removed from the 2018 FDR.

Item 995: Instinct Hlth Science Seed-1 - This asset was declared worthless during 2017. The asset will be removed from the 2018 FDR.

Item 996: Instinct Hlth Science Seed-2 - This asset was declared worthless during 2017. The asset will be removed from the 2018 FDR.

Item 1000: CL IV Inc LP - This asset was labeled incorrectly as Castlelake IV LP on Item 1050 of the 2016 FDR.

Item 1004: CL IV Inc LP - This asset was distributed to MECM Investments LLC, see Item 793.

Item 1005: Castlelake IV LP - This asset was labeled incorrectly as CL IV Inc LP on Item 1054 of the 2016 FDR.

Item 1009: Castlelake IV LP - This asset was distributed to MECM Investments LLC, see Item 792.

Item 1016: Lime Rock Partners VII LP - This asset was distributed to MECM Investments LLC, see Item 794.

Item 1024: Lone Star IX (US) LP - This asset was distributed to MECM Investments LLC, see Item 795.

Item 1027: King Cnty WA Sch Dist municipal bds - There was no reportable gain on the sale.

Item 1029: Waseca MN Indpt Sch Dist municipal bds - There was no reportable gain on the sale.

Item 1036: Plymouth Rock Co Inc OC Cl A- This asset was distirbuted to Trust #35, see Item 1106.

Item 1047: MFB Northern Funds US Govt money mkt - The daily detail activity was not available at filing. There was no change in year-end value.

Item 1050: Indiana Univ Sevs municipal bds - There was no reportable gain at the maturity.

Item 1051: Massachusetts Bay Trans Auth Mass Rev municipal bds - There was no reportable gain on the sale.

Item 1052: Massachusetts St BEO municipal bds - There was no reportable gain on the redemption.

Item 1055: Snohomish Cnty Wash Sch Dist municipal bds - There was no reportable gain at the maturity.

Item 1057: Union Cnty NJ BEO municipal bds - There was no reportable gain on the sale.

Item 1061: Aria Investment Partners LP LLC - This asset was distributed to MECM Investments LLC, see Item 796.

Item 1086: Blackstone Distressed Securities Fd LP - The asset was removed in 2014 as value was below reportable treshold.

Item 1104: See items 801 thru 813 for total MECM Associates II LLC assets, purchases and sales.

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **S/ PATTI B. SARIS**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544